# EXHIBIT 9

023584

**Instrument Control Number**

**Commonwealth of Virginia**
**Land Record Instruments**
**Cover Sheet - Form A**

[ILS VLR Cover Sheet Agent 1.0.66]

```
Doc ID: 000911830003 Type: DEE
Recorded: 12/22/2004 at 03:36:45 PM
Fee Amt: $23.00 Page 1 of 3
Albemarle County, VA
Shelby Marshall Clerk Circuit Court
File# 2004-00023584
BK 2894 PG 657-659
```

**T A X   E X E M P T**   **C O R P**

| | |
|---|---|
| Date of Instrument: | [12/21/2004 ] |
| Instrument Type: | [DEE ] |
| Number of Parcels | [ 1] |
| Number of Pages | [ 2] |
| City ☐ County ☒ | [Albemarle County ] |

(Box for Deed Stamp Only)

**First and Second Grantors**

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [Kluge ] | [Patricia ] | [M ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |

**First and Second Grantees**

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [Kluge Estate Winery an ] | [ ] | [ ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |

| | | |
|---|---|---|
| Grantee Address | (Name) | [Kluge Estate Winery And Vineyard LLC ] |
| | (Address 1) | [3414 Ellerslie Drive ] |
| | (Address 2) | [ ] |
| | (City, State, Zip) | [Charlottesville ] [VA] [22902 ] |

Consideration [0.00 ] Existing Debt [0.00 ] Assumption Balance [0.00 ]

| | | | | | |
|---|---|---|---|---|---|
| Prior Instr. Recorded at: City ☐ County ☐ | [ ] Percent. in this Juris. | [ 100] |
| Book | [ ] | Page | [ ] | Instr. No | [ ] |
| Parcel Identification No (PIN) | [ ] |
| Tax Map Num. (If different than PIN) | [103, parcels 1, 1B, 1C, 1E, 1F and 1G ] |
| Short Property Description | [Parcels ] |
| | [ ] |
| Current Property Address (Address 1) | [ ] |
| (Address 2) | [ ] |
| (City, State, Zip) | [ ] [ ] [ ] |

| | | |
|---|---|---|
| Instrument Prepared by | [LeClair Ryan ] |
| Recording Paid for by | [LeClair Ryan ] |
| Return Recording to (Name) | [LeClair Ryan ] |
| (Address 1) | [123 East Main Street ] |
| (Address 2) | [8th Floor ] |
| (City, State, Zip) | [Charlottesville ] [VA] [22902 ] |
| Customer Case ID | [11573.0027 ] [ ] |

Cover Sheet Page # 1 of 1

**EXHIBIT**

9

Document prepared by:
LeClair Ryan
123 East Main Street
8th Floor
Charlottesville, Virginia 22902
Tax map 103, parcels 1, 1D, 1C, 1E, 1F and 1G
Exempt per § 58.1-811(A)(10)

**023584**

## DEED OF BARGAIN AND SALE

THIS DEED, made as of this 21st day of December, 2004, by and between **PATRICIA M. KLUGE** (the "Grantor"), and **KLUGE ESTATE WINERY AND VINEYARD, L.L.C.,** a Virginia limited liability company (the "Grantee"), whose address is 3414 Ellerslie Drive, Charlottesville, Virginia 22902.

### WITNESSETH:

For and in consideration of Ten Dollars ($10.00) cash in hand paid, the receipt and sufficiency of which are herebuy acknowleged, Grantor does hereby GRANT, BARGAIN, SELL and CONVEY with SPECIAL WARRANTY unto Grantee all of those certain lots or parcels of land located in Albemarle County, Virginia, more particularly described on the attached Schedule A (the "Property").

The conveyance is made expressly subject to easements, conditions, restrictions and reservations contained in duly recorded deeds, plats, and other instruments constituting constructive notice in the chain of title to the property hereby conveyed, which have not expired by a limitation of time contained therein or have not otherwise become ineffective.

WITNESS the following signature and seal.

Patricia M. Kluge

COMMONWEALTH OF VIRGINIA
CITY/COUNTY OF _Albemarle_____, to-wit:

The foregoing instrument was acknowledged before me this _31st_ day of December, 2004, by Patricia M. Kluge.

_Felicia M. Ward_
Notary Public

My commission expires: _December 31, 2008_

## Exhibit A

All that certain tract or parcel of land, with improvements thereon and appurtenances thereto, situated in Albemarle County, Virginia, containing 144.41 acres, more or less, shown as TMP 103-1, on a plat by Gloeckner Engineering\Surveying Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of the County of Albemarle, Virginia, immediately prior hereto.

All that certain tract or parcel of land, with improvements thereon and appurtenances thereto, situated in Albemarle County, Virginia, containing 97.67 acres, more or less, shown as Residue, Parcel M, and Parcel Z on plat by Gloeckner Engineering/Surveying, Inc., Engineers, Surveyors, Land Planners, dated September 19, 2000, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 1957, pages 698-699 and shown as New Parcel 00-00-001B0 on Albemarle Tax Map Sheet 10300.

NOTE: Plat at Deed Book 1957, pages 698-699 show Residue Parcel M. and Parcel Z, but does not plat said parcels.

All that certain lot or parcel of land, with improvements thereon and appurtenances thereto, situated in Albemarle County, Virginia, containing 1.41 acres, more or less, shown as TMP 103-1C, on a plat by Gloeckner Engineering\Surveying Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of the County of Albemarle, Virginia, immediately prior hereto.

All that certain parcel or tract of land, with improvements thereon and appurtenances thereto, situated in Albemarle County, Virginia, containing 327.73 acres, more or less, shown as TMP 103-1E, on a plat by Gloeckner Engineering\Surveying, Inc, dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of the County of Albemarle, Virginia, immediately prior hereto.

All that certain lot or parcel of land, with improvements thereon and appurtenances thereto, situated in Albemarle County, Virginia, containing 3.01 acres, more or less, shown as TMP 103-1F, on a plat by Gloeckner Engineering\Surveying Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of the County of Albemarle, Virginia, immediately prior hereto.

All that certain lot or parcel of land situated in Albemarle County, Virginia, containing 4.14 acres, more or less, shown as TMP 103-1G, on a plat by Gloeckner Engineering\Surveying Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of the County of Albemarle, Virginia, immediately prior hereto.

BEING a portion of the property conveyed to Grantor by deed of gift of William J. Moses and Patricia M. Kluge of even date herewith and recorded in the Clerk's Office of the Circuit Court of the County of Albemarle, Virginia immediately prior hereto.

2894-652

RECORDED IN CLERKS OFFICE OF
ALBEMARLE ON
December 22,2004 AT 3:38:45 PM
$0.00 GRANTOR TAX PD
AS REQUIRED BY VA CODE §58.1-802
STATE: $0.00 LOCAL: $0.00
ALBEMARLE COUNTY, VA
SHELBY MARSHALL,CLERK CIRCUIT COURT
DC

2

# EXHIBIT 10

Deed Book 30 20 Pg-319

## PLAT
## REDIV
### TAX MAP 1
### TAX MAP
### AND TAX MA
## ALBEMA
### SCOTTSVILLE MA
### ALBEMARLE (
### MAY



T.M
102—35A

T.M
102

NOTES:
1. THE STREETS IN THIS
SUBDIVISION MAY NOT MEET THE
STANDARDS FOR ACCEPTANCE INTO
THE SECONDARY SYSTEM OF STATE
HIGHWAYS AND WILL NOT BE MAINTAINED
BY THE VIRGINIA DEPARTMENT OF
TRANSPORTATION OR THE COUNTY OF
ALBEMARLE.
2. THIS PRIVATE ROAD WILL PROVIDE
REASONABLE ACCESS BY MOTOR VEHICLE
AS REQUIRED BY 14—514 OF THE
ALBEMARLE COUNTY CODE.

DEVELOPMENT RIGHTS
1. 10 DEVELOPMENT RIGHTS RE
30,000 S.F. OF BUILDABLE
(5 DEVELOPMENT RIGHTS MI
OLD T.M. 102—35A AND 5 D
THE OLD BOUNDARIES OF T
16.13 ACRES.)
2. 5 DEVELOPMENT RIGHTS RE
30,000 S.F. OF BUILDABLE
(DEVELOPMENT RIGHTS MUS
OLD T.M. 103—1B.)
3. NO DIVISION RIGHTS ARE TR
T.M. 103—1B TO NEW T.M.
4. TAX MAP 103—1B HAS 107?
5. NEW TAX MAP 102—35 RET
30,000 S.F. OF BUILDABLE
USED WITHIN THE OLD BOUN

COMMONWEALTH OF VIRGINIA
KURT M. GLOECKNER
64—17—3(d)04
6/29/05
LAND SURVEYOR

GLOECKNER ENGINEERING\SURVEYING INC.
ENGINEERS — SURVEYORS — LAND PLANNERS

APPROVE

AGENT FOR
ALBEMARLE COUNTY

**EXHIBIT**
_10_

*Deed Book 3020 pg.320*

SHOWING
SION OF
2 PARCEL 35A
03 PARCEL 1B
103 PARCEL 1E
LE FARMS
ISTERIAL DISTRICT
OUNTY, VIRGINIA
.6, 2005



ITE MAP
ALE: 1"=2000'

WITH THIS REDIVISION:

MAIN ON NEW TMP 102-35A WHICH CONTAINS
AREA AND 305.67' FEET OF ROAD FRONTAGE.
IST BE USED WITHIN THE OLD BOUNDARIES OF
EVELOPMENT RIGHTS MUST BE USED WITHIN
E PORTION OF OLD T.M. 103-1B CONTAINING

MAIN ON NEW TMP 103-1B, WHICH CONTAINS
AREA.
BE USED WITHIN THE OLD BOUNDARIES OF

ANSFERED WITH CHAPEL TRACT GOING FROM
02-35.
.15 FEET OF ROAD FRONTAGE.
INS 2 DEVELOPMENT RIGHTS AND CONTAINS
AREA. (DEVELOPMENT RIGHTS MUST BE
IDARIES OF ORIGINAL T.M. 102-35.)

D FOR RECORDATION

/    _  DATE 6/27/05

## OWNERS APPROVAL

THE DIVISION OF THE LAND HEREIN AND BOUNDARY
LINE ADJUSTMENTS ARE MADE WITH THE FREE
CONSENT AND IN ACCORDANCE WITH THE DESIRE OF
THE UNDERSIGNED OWNERS, PROPRIETERS, AND/OR
TRUSTEES. ANY REFERENCE TO FUTURE DEVELOPMENT
IS TO BE DEEMED AS THEORETICAL ONLY.
ALL STATEMENTS AFFIXED TO THIS PLAT ARE TRUE
AND CORRECT TO THE BEST OF MY KNOWLEDGE.

OWNER: PATRICIA M. KLUGE
          T.M. 102-35
          D.B. 1105  P. 185

OWNER: KLUGE ESTATE WINERY AND VINEYARD LLC
          D.B. 2894  P. 657
          D.B. 2896  P. 734
          T.M. 102-35A
          T.M. 103-1B
          T.M. 103-1E

## NOTARY PUBLIC

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED
BEFORE ME THIS 28 DAY OF June
2005
MY COMMISSION EXPIRES 07-31-07

Tracy L Christian



Deed Book 3020 pg. 322

**MEETS AND BOUNDS AROUND CHAPEL TRACT FROM POINT A TO POINT B, COURSES ARE CLOCKWISE**

| TABLE A | |
|---|---|
| N49°31'15"E | 403.64' |
| S71°20'24"E | 38.92' |
| S08°02'05"W | 56.84' |
| S06°44'33"E | 61.63' |
| S11°03'14"E | 64.64' |
| S06°15'13"W | 37.12' |
| S18°45'39"W | 74.96' |
| S07°25'40"W | 77.64' |
| S00°23'15"W | 76.40' |
| S16°07'27"W | 69.81' |
| N49°58'45"W | 39.58' TOTAL |

**ORIGINAL T.M. 102-35 BOUNDARY SHOWN CLOCKWISE AS COURSES Ⓒ THROUGH Ⓓ**

| Ⓒ | N63°35'07"W | 275.50' |
|---|---|---|
| | N00°31'24"E | 313.98' |
| | S89°24'57"E | 198.58' |
| | S64°33'56"E | 388.90' |
| | S16°18'14"W | 241.71' |
| Ⓓ | S81°30'37"W | 240.41' |

LEGEND:
IF = IRON FOUND
IS = IRON SET
MF = MONUMENT FOUND
TR = TREE

PARCEL F
2.15 ACRES

PARCEL G
76.99 ACRES

NEW T.M. 102-35
97.98 ACRES TOTAL

NEW T.M. 103-1B
85.65 ACRES TOTAL

EXISTING T.M. 102-35C
216.68 ACRES TOTAL

T.M. 103-1E
KLUGE ESTATE WINERY
AND VINEYARD LLC
D.B. 2894 P. 657
D.B. 2894 P. 652
D.B. 2740 P. 109
ZONED RA

30,000 S.F.
BUILDING SITE

STATE ROUTE 727
(BLENHEIM ROAD)
(50' R/W)
TO BLENHEIM

STATE ROUTE 627
(CARTERS MOUNTAIN ROAD)
(50' R/W)

Deed Book 3020 pg. 321



SCALE: 1"=400'

**30.0' R/W EASEMENT**
**SERVING NEW T.M. 102-35A**
**COURSES Ⓐ THROUGH Ⓑ**

| Ⓐ | S74°40'00"W 312.56' |
| --- | --- |
| | L=423.28' R=500.00' |
| | S26°09'45"W 860.18' |
| | L=486.36' R=1000.00' |
| | L=585.32' R=1000.00' |
| | S32°58'43"W 686.20' |
| | L=536.31' R=500.00' |
| | S28°28'40"E 144.16' |
| | L=233.63' R=500.00' |
| | S01°42'22"E 241.36' |
| | L=334.44' R=1000.00' |
| Ⓑ | S17°27'22"W 103.76' |

TAX MAP 102-35              9.90 ACRES
PARCEL E FROM T.M. 102-35A  6.94 ACRES
PARCEL F FROM T.M. 103-1B   2.15 ACRES
PARCEL G FROM T.M. 102-35A 78.99 ACRES
NEW TAX MAP 102-35         97.98 ACRES

TAX MAP 102-35A            165.13 ACRES
PARCEL A FROM T.M. 103-1B   0.57 ACRES
PARCEL B TO T.M. 103-1E    <0.05 ACRES>
PARCEL C FROM T.M. 102-35   1.38 ACRES
PARCEL E TO T.M. 102-35    <6.94 ACRES>
PARCEL G TO T.M. 102-35   <78.99 ACRES>
NEW TAX MAP 102-35A        81.10 ACRES

TAX MAP 103-1B (PER SURVEY) 91.71 ACRES
PARCEL A TO T.M. 102-35A   <0.57 ACRES>
PARCEL C TO T.M. 102-35A   <1.38 ACRES>
PARCEL D TO T.M. 103-1E    <0.79 ACRES>
PARCEL F TO T.M. 102-35    <2.15 ACRES>
CORRECTION TO T.M. 103-1E  <1.17 ACRES>
NEW TAX MAP 103-1B         85.85 ACRES

TAX MAP 103-1E            327.73 ACRES
PARCEL B FROM T.M. 102-35A  0.05 ACRES
PARCEL E FROM T.M. 103-1B   1.38 ACRES

T.M. 102-32A
HORACIO D. OR
MERCEDES MARTINEZ
D.B. 885 P. 476
ZONED RA

T.M. 103-1E
KLUGE ESTATE WINERY
AND VINEYARD LLC
D.B. 2894 P. 857
D.B. 2894 P. 652
D.B. 2740 P. 109
ZONED RA

PARCEL D
0.79 ACRES
(TO BECOME A PART
OF TMP 103-1E)

PARCEL B
0.05 ACRES
(TO BECOME A PART
OF TMP 103-1E)

PARCEL A
0.57 ACRES

T.M. 102-29
ALBERT R. OR
ANNE H. BOOTH
D.B. 1659 P. 524
D.B. 1659 P. 525 PLAT
ZONED RA

T.M. 102-28
THOMAS JORDAN OR
LINDLEE L. MILES, II
D.B. 2476 P. 881
D.B. 1786 P. 122
D.B. 1786 P. 131-PLAT
D.B. 471 P. 249
ZONED RA

PARCEL C
1.38 ACRES

30,000
S.F.
BUILDING
SITE

T.M. 102-35
PATRICIA M. KLUGE
D.B. 1105 P. 185
D.B. 1105 P. 190 PLAT
ZONED RA
9.90 ACRES

T.M. 103-1B
KLUGE ESTATE WINERY
AND VINEYARD LLC
D.B. 2894 P. 857
D.B. 2894 P. 652
ZONED RA

PARCEL E
6.94 ACRES

NEW T.M. 102-35A
81.10 ACRES TOTAL

T.M. 102-36
GEORGE S. AND
THELMA S. HOWARD
D.B. 1055 P. 509
ZONED RA

PROPERTY LINE
ALONG FENCE

ORIGINAL

**NOTES:**
1. THE STREETS IN THIS SUBDIVISION MAY NOT MEET THE STANDARDS FOR ACCEPTANCE INTO THE SECONDARY SYSTEM OF STATE HIGHWAYS AND WILL NOT BE MAINTAINED BY THE VIRGINIA DEPARTMENT OF TRANSPORTATION OR THE COUNTY OF ALBEMARLE.
2. THIS PRIVATE ROAD WILL PROVIDE REASONABLE ACCESS BY MOTOR VEHICLE AS REQUIRED BY 14-514 OF THE ALBEMARLE COUNTY CODE.

RECORDED IN CLERKS OFFICE OF
ALBEMARLE ON
July 08,2005 AT 2:29:35 PM
$0.00 GRANTOR TAX PD
AS REQUIRED BY VA CODE §58.1-802
STATE: $0.00 LOCAL: $0.00
ALBEMARLE COUNTY, VA
SHELBY MARSHALL CLERK CIRCUIT COURT
DC

# EXHIBIT 11

012295

Instrument Control Number

**Commonwealth of Virginia**
**Land Record Instruments**
**Cover Sheet - Form A**

[ILS VLR Cover Sheet Agent 1.0.86]

Doc ID: 001070070004 Type: DEE
Recorded: 07/08/2005 at 02:31:24 PM
Fee Amt: $23.00 Page 1 of 4
Albemarle County, VA
Shelby Marshall Clerk Circuit Court
Files 2005-00012295
BK**3020** PG**324-327**

| Date of Instrument: | [7/8/2005 ] |
| Instrument Type: | [DOOS ] |
| Number of Parcels | [ 1] |
| Number of Pages | [ 3] |
| City [ ] County [x] | [Albemarle County ] |

TAX EXEMPT DORP X

(Box for Deed Stamp Only)

**First and Second Grantors**

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [Kluge Estate Winery an ] | [ ] | [ ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |

**First and Second Grantees**

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [Kluge ] | [Patricia ] | [M ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |

| Grantee Address | (Name) | [Patricia M. Kluge ] |
| | (Address 1) | [3414 Ellersile Dr ] |
| | (Address 2) | [ ] |
| | (City, State, Zip) | [Charlottesville ] [VA] [22902 ] |
| Consideration [0.00 ] | Existing Debt [0.00 ] | Assumption Balance [0.00 ] |

Prior Instr. Recorded at: City [ ] County [x] [Albemarle County ] Percent. in this Juris. [ 100]
Book [1957 ] Page [702 ] Instr. No [ ]
Parcel Identification No (PIN) [10200000003500, 102000000035A0, 10300000001B0 ]
Tax Map Num. (if different than PIN) [Portions of 102-35, 102-35A, 103-1B ]
Short Property Description [Parcels G, F and E ]
[ ]
Current Property Address (Address 1) [ ]
(Address 2) [ ]
(City, State, Zip) [ ] [ ] [ ]

| Instrument Prepared by | [LeClair Ryan ] |
| Recording Paid for by | [LeClair Ryan ] |
| Return Recording to (Name) | [LeClair Ryan ] |
| (Address 1) | [123 E Main 8th Fl ] |
| (Address 2) | [ ] |
| (City, State, Zip) | [Charlottesville ] [VA] [22902' ] |
| Customer Case ID | [ ] [ ] [ ] |

Cover Sheet Page # 1 of 1

**EXHIBIT**
tabbies
//

Document prepared by:
LeClair Ryan
123 East Main Street
8th Floor
Charlottesville, Virginia 22902
Portions of Tax Map 102, parcels 35 and 35A and of Tax Map 103, Parcel 1B
This deed is exempt pursuant to Va. Code § 58.1-811(A)(10)

012295

## DEED OF DISTRIBUTION

THIS DEED, made as of this 8th day of July, 2005, by and between KLUGE ESTATE WINERY AND VINEYARD, L.L.C., a Virginia limited liability company, (the "Grantor"), and PATRICIA M. KLUGE, (the "Grantee"), whose address is 3414 Ellerslie Drive, Charlottesville, Virginia 22902.

### RECITAL:

The Grantee is entitled to receive not less than 50% of the profits and surplus of the Grantor.

### WITNESSETH:

For and in consideration of Ten Dollars ($10.00) cash in hand paid, the receipt and sufficiency of which is hereby acknowledged, Grantor does hereby GRANT, BARGAIN, SELL and CONVEY with SPECIAL WARRANTY unto Grantee all of that certain lot or parcel of land (the "Property") located in Albemarle County, Virginia, more particularly depicted as Parcel G, containing 78.99 acres, more or less, Parcel F, containing 2.15 acres, more or less, and Parcel E, containing 6.94 acres, more or less, all parcels being a portion of NEW T.M. 102-35 depicted on plat entitled "Plat Showing Redivision of Tax Map 102 Parcel 35A Tax Map 103 Parcel 1B and Tax Map 103 Parcel 1E Albemarle Farms Scottsville Magisterial District Albemarle County, Virginia" prepared by Gloeckner Engineering/Surveying, Inc., dated May 16, 2005, recorded with a Declaration of Private Road Maintenance Agreement immediately prior hereto (the "Plat").

BEING a portion of the property conveyed to Grantor by Deed of John W. Kluge to House & Garden Company, L.L.C., dated August 31, 2000, recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 1957, page 702. House & Garden Company, L.L.C. became Kluge Estate Winery and Vineyard, L.L.C. by Certificate of Merger recorded in said Clerk's Office in Deed Book 2696, page 734.

RBC Centura Bank, as beneficiary under a Deed of Trust dated December 21, 2004, recorded in said Clerk's Office in Deed Book 2894, page 660, encumbering a portion of the Property, hereby joins in, ratifies and confirms this Deed solely as lien holder with out any representation of any kind, and acknowledges its consent to the redivision shown on the Plat.

The conveyance is made expressly subject to easements, conditions, restrictions and reservations contained in duly recorded deeds, plats, and other instruments constituting constructive notice in the chain of title to the property hereby conveyed, which have not expired by a limitation of time contained therein or have not otherwise become ineffective.

This Deed may be executed in counterparts, each of which shall be an original and all of which together shall constitute a fully-executed document.

*[SIGNATURES APPEAR ON THE FOLLOWING COUNTERPART SIGNATURE PAGES.]*

*[COUNTERPART SIGNATURE PAGE TO DEED OF DISTRIBUTION.]*

Kluge Estate Winery and Vineyard, L.L.C., a Virginia
limited liability company

By:      William J. Moses, Managing Director

COMMONWEALTH OF VIRGINIA
CITY/COUNTY OF Charlottesville, to-wit:

The foregoing instrument was acknowledged before me this 8 day of July, 2005, by
William J. Moses, as Managing Director of Kluge Estate Winery and Vineyard, L.L.C.

Notary Public
My commission expires: 07-31-07

2

*[COUNTERPART SIGNATURE PAGE TO DEED OF DISTRIBUTION.]*

RBC Centura Bank, a North Carolina banking corporation

By:     Martin Rust
Its:     Richmond Market Executive

COMMONWEALTH OF VIRGINIA
CITY/COUNTY OF Chesterfield, to-wit:

    The foregoing instrument was acknowledged before me this 7th day of July, 2005, by Martin Rust, as Richmond Market Executive of RBC Centura Bank.

Deborah Roush
Notary Public
My commission expires: 10/31/07

3

RECORDED IN CLERKS OFFICE OF
ALBEMARLE ON
July 08,2005 AT 2:31:24 PM
$0.00 GRANTOR TAX PD
AS REQUIRED BY VA CODE §58.1-802
STATE: $0.00 LOCAL: $0.00
ALBEMARLE COUNTY, VA
SHELBY MARSHALL CLERK CIRCUIT COURT

P. Mush DC

# EXHIBIT 12

Instrument Control Number

# Commonwealth of Virginia

## Land Record Instruments

## Cover Sheet - Form A

[ILS Cover Sheet Agent Online 1.1.6]

Doc ID: 0063970900017 Type: DEE
Recorded: 02/09/2011 at 11:37:29 AM
Fee Amt: $74,373.81 Page 1 of 17
Albemarle County, VA
Debra M. Shipp Clerk
File# 2011-00001766
BK 3997 PG 251-267

001766

(Box for Deed Stamp Only)

| TAX EXEMPT | | | |
|---|---|---|---|
| C O R | Date of Instrument | [ 02/08/2011 ] | |
| | Instrument Type | [ DTF ] | |
| P | Number of Parcels | [ 12 ] | |
| | Number of Pages | [ 10 ] | |
| | City ☐ County ☒ | [ Albemarle County ] | |

### First and Second Grantors

| | | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|---|
| ☐ | ☐ | Shmidheiser, III | [ William ] | [ E ] | [ Acting Substi ] |
| ☐ | ☒ | Kluge Estate Winery and Vineyard, LLC | [ ] | [ ] | [ a Virginia limi ] |

### First and Second Grantees

| | | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|---|
| ☐ | ☒ | Grand Cru Properties, LLC | [ ] | [ ] | [ a Virginia limi ] |
| ☐ | ☐ | | [ ] | [ ] | [ ] |

| Grantee Address | (Name) | Grand Cru Properties, LLC |
|---|---|---|
| | (Address 1) | c/o Chip Saufley |
| | (Address 2) | P.O. Box 2550 |
| | (City, State, Zip) | Harrisonburg [ VA ] [ 22803 ] |
| Consideration | [ 17,150,000.00 ] | Existing Debt [ 0.00 ] Assumption Balance [ 0.00 ] |

| Prior Instr. Recorded at: City ☐ County ☒ | [ Albemarle County ] | Percent. in this Juris.(%) [ 100 ] |
|---|---|---|
| Book [ 3409 ] Page [ 498 ] Instr. No [ ] | | |
| Parcel Identification No (PIN) | 102-37 | |
| Tax Map Num. (if different than PIN) | 102-37 | |
| Short Property Description | 78.1251 acres, +/-, Albemarle County, VA | |
| Current Property Addr (Address 1) | | |
| (Address 2) | | |
| (City, State, Zip) | [ ] [ ] [ ] | |

| Instrument Prepared by | Lenhart Obenshain PC |
|---|---|
| Recording Paid for by | ~~Lenhart Obenshain PC~~ Southern Title |
| Return Recording to (Name) | Lisa Anne Hawkins, Esquire |
| (Address 1) | P.O. Box 1287 |
| (Address 2) | |
| (City, State, Zip) | Harrisonburg [ VA ] [ 22803 ] |
| Customer Case ID | 5676.000 [ ] [ ] [ CS-400637 ] |

Cover Sheet Page # 1 of 7

EXHIBIT
12

Instrument Control Number

[                    ]

# Commonwealth of Virginia

## Land Record Instruments

## Cover Sheet - Form C

[ILS Cover Sheet Agent Online 1.1.6]

001766

| | |
|---|---|
| T A X E M P T | Date of Instrument [ 02/08/2011 ] |
| G R A N T O R | Instrument Type [ DTF ] |
| G R A N T E E | Number of Parcels [ 12 ] |
| C O R P | Number of Pages [ 10 ] |

(Box for Deed Stamp Only)

City ☐ County ☒ [ Albemarle County ]

Grantors/Grantees/Parcels Continuation Form C

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |

Prior Instr. Recorded at: City ☐ County ☒ [ Albemarle County ]   Percent. in this Juris.(%) [ 100 ]
Book [ 3409 ] Page [ 498 ] Instr. No [ ]
Parcel Identification No (PIN)          102-37P
Tax Map Num. (If different than PIN)    102-37P
Short Property Description              2.022 acres, Albemarle County, VA

Current Property Addr(Address 1) [
               (Address 2) [
               (City, State, Zip) [                    ] [    ] [          ]

Prior Instr. Recorded at: City ☐ County ☒ [ Albemarle County ]   Percent. in this Juris.(%) [ 100 ]
Book [ 3409 ] Page [ 498 ] Instr. No [ ]
Parcel Identification No (PIN)          102-35B
Tax Map Num. (If different than PIN)    102-35B
Short Property Description              61.9505 acres, +/-, Albemarle County, VA

Current Property Addr(Address 1) [
               (Address 2) [
               (City, State, Zip) [                    ] [    ] [          ]

Cover Sheet Page # 2 of 7

Instrument Control Number

# Commonwealth of Virginia

## Land Record Instruments

## Cover Sheet - Form C

[ILS Cover Sheet Agent Online 1.1.6]

| T G G C | | |
|---|---|---|
| A R R O | Date of Instrument | [ 02/08/2011 ] |
| X A A N | Instrument Type | [ DTF ] |
| E N N T | Number of Parcels | [ 12 ] |
| M T T R | | |
| P O E | Number of Pages | [ 10 ] |
| T R E | City ☐ County ☒ [ Albemarle County ] | |

(Box for Deed Stamp Only)

### Grantors/Grantees/Parcels Continuation Form C

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |

Prior Instr. Recorded at: City ☐ County ☒ [ Albemarle County     Percent. in this Juris.(%)[ 100 ]
Book [ 3409 ] Page [ 498 ] Instr. No [ ]
Parcel Identification No (PIN)    102-39
Tax Map Num. (if different than PIN)    102-39
Short Property Description    94.260 acres, +/-, Albemarle County, VA

Current Property Addr(Address 1) [
(Address 2)
(City, State, Zip) [     ] [    ] [ ]

Prior Instr. Recorded at: City ☐ County ☒ [ Albemarle County     Percent. in this Juris.(%)[ 100 ]
Book [ 3409 ] Page [ 498 ] Instr. No [ ]
Parcel Identification No (PIN)    103-10A
Tax Map Num. (if different than PIN)    103-10A
Short Property Description    22.7529 acres, +/-, Albemarle County, VA

Current Property Addr(Address 1) [
(Address 2)
(City, State, Zip) [     ] [    ] [ ]

Cover Sheet Page # 3 of 7

Instrument Control Number

# Commonwealth of Virginia

## Land Record Instruments

## Cover Sheet - Form C

[ILS Cover Sheet Agent Online 1.1.6]

| T A X E M P T | G R A N T O R | G R A N T E E | C O | | |
|---|---|---|---|---|---|
| | | | Date of Instrument | [ 02/08/2011 ] | |
| | | | Instrument Type | [ DTF ] | |
| | | | Number of Parcels | [ 12 ] | |
| | | | Number of Pages | [ 10 ] | |

(Box for Deed Stamp Only)

City ☐ County ☒ [ Albemarle County ]

Grantors/Grantees/Parcels Continuation Form C

| | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|
| | ] | ] | ] | ] |
| | | | | |
| | | | | |

Prior Instr. Recorded at: City ☐ County ☒ [ Albemarle County ]   Percent. In this Juris.(%) [ 100 ]
Book [ 3409 ] Page [ 498 ] Instr. No [ ]
Parcel Identification No (PIN)          [ 103-1 ]
Tax Map Num. (if different than PIN)     103-1
Short Property Description              144.41 acres, +/-, Albemarle County, VA

Current Property Addr(Address 1)
(Address 2)
(City, State, Zip) [ ] [ ] [ ]

Prior Instr. Recorded at: City ☐ County ☒ [ Albemarle County ]   Percent. In this Juris.(%) [ 100 ]
Book [ 3409 ] Page [ 498 ] Instr. No [ ]
Parcel Identification No (PIN)          [ 103-1B ]
Tax Map Num. (if different than PIN)     103-1B
Short Property Description              85.65 acres, +/-, Albemarle County, VA

Current Property Addr(Address 1)
(Address 2)
(City, State, Zip) [ ] [ ] [ ]

Cover Sheet Page # 4 of 7

Instrument Control Number

# Commonwealth of Virginia

## Land Record Instruments

## Cover Sheet - Form C

[ILS Cover Sheet Agent Online 1.1.6]

| | | |
|---|---|---|
| T A X E M P T | G R A N T O R | G R A N T O E | C O P |

Date of Instrument [ 02/08/2011 ]
Instrument Type [ DTF ]

Number of Parcels [ 12 ]

Number of Pages [ 10 ]

City ☐ County ☒ [ Albemarle County ]

(Box for Deed Stamp Only)

Grantors/Grantees/Parcels Continuation Form C

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| [ | ] [ | ] [ | ] [ |
| [ | ] [ | ] [ | ] [ |
| [ | ] [ | ] [ | ] [ |
| [ | ] [ | ] [ | ] [ |

Prior Instr. Recorded at: City ☐ County ☒ [ Albemarle County ]  Percent. In this Juris.(%) [ 100 ]
Book [ 3409 ] Page [ 498 ] Instr. No [ ]
Parcel Identification No (PIN) [ 102-35A ]
Tax Map Num. (if different than PIN) [ 102-35A ]
Short Property Description [ 81.10 acres, +/-, Albemarle County, VA ]

Current Property Addr(Address 1)
(Address 2)
(City, State, Zip) [ ] [ ] [ ]

Prior Instr. Recorded at: City ☐ County ☒ [ Albemarle County ]  Percent. In this Juris.(%) [ 100 ]
Book [ 3409 ] Page [ 498 ] Instr. No [ ]
Parcel Identification No (PIN) [ 103-1C ]
Tax Map Num. (if different than PIN) [ 103-1C ]
Short Property Description [ 1.41 acres, +/-, Albemarle County, VA ]

Current Property Addr(Address 1)
(Address 2)
(City, State, Zip) [ ] [ ] [ ]

Cover Sheet Page # 6 of 7

Instrument Control Number

# Commonwealth of Virginia

## Land Record Instruments

## Cover Sheet - Form C

[ILS Cover Sheet Agent Online 1.1.6]

| | | | | | |
|---|---|---|---|---|---|
| T A X E X E M P T | G R A N T O R | G R A N T E E | C O P | Date of Instrument | 02/08/2011 |
| | | | | Instrument Type | DTF |
| | | | | Number of Parcels | [ 12 ] |
| | | | | Number of Pages | [ 10 ] |

(Box for Deed Stamp Only)

City ☐  County ☒  [ Albemarle County                    ]

Grantors/Grantees/Parcels Continuation Form C

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| [         ] | [         ] | [         ] | [    ] |
| [         ] | [         ] | [         ] | [    ] |

Prior Instr. Recorded at: City ☐  County ☒  [ Albemarle County          Percent. in this Juris.(%) [ 100    ]
Book [ 3409 ] Page [ 498 ] Instr. No [          ]
Parcel Identification No (PIN)            [ 103-1E
Tax Map Num. (If different than PIN)    [ 103-1E
Short Property Description               [ 327.73 acres, +/-, Albemarle County, VA

Current Property Addr(Address 1)
            (Address 2)
            (City, State, Zip) [                    ] [        ] [                ]

Prior Instr. Recorded at: City ☐  County ☒  [ Albemarle County          Percent. in this Juris.(%) [ 100    ]
Book [ 3409 ] Page [ 498 ] Instr. No [          ]
Parcel Identification No (PIN)            [ 103-1F
Tax Map Num. (If different than PIN)    [ 103-1F
Short Property Description               [ 3.01 acres, +/-, Albemarle County, VA

Current Property Addr(Address 1)
            (Address 2)
            (City, State, Zip) [                    ] [        ] [                ]

Cover Sheet Page # 6 of 7

Instrument Control Number

# Commonwealth of Virginia

## Land Record Instruments

## Cover Sheet - Form C

[ILS Cover Sheet Agent Online 1.1.8]

|   |   |
|---|---|
| T G G C | Date of Instrument [ 02/08/2011 ] |
| A R R O | Instrument Type [ DTF ] |
| X A A N | |
| A N N P | Number of Parcels [ 12 ] |
| E T T | |
| E O O | Number of Pages [ 10 ] |
| M R R | |
| P E E | City ☐ County ☒ [ Albemarle County ] |
| T | |

(Box for Deed Stamp Only)

Grantors/Grantees/Parcels Continuation Form C

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |

Prior Instr. Recorded at: City ☐ County ☒ [ Albemarle County ]  Percent. in this Juris.(%) [ 100 ]
Book [ 3409 ] Page [ 498 ] Instr. No [ ]
Parcel Identification No (PIN) 103-1G
Tax Map Num. (if different than PIN) 103-1G
Short Property Description 4.14 acres, +/-, Albemarle County, VA

Current Property Addr(Address 1)
(Address 2)
(City, State, Zip) ] [ ] [ ]

Prior Instr. Recorded at: City ☐ County ☒ [ ]  Percent. in this Juris.(%) [ ]
Book [ ] Page [ ] Instr. No [ ]
Parcel Identification No (PIN)
Tax Map Num. (if different than PIN)
Short Property Description

Current Property Addr(Address 1)
(Address 2)
(City, State, Zip) ] [ ] [ ]

Cover Sheet Page # 7 of 7

**Albemarle County Tax Map Nos.**

| | | |
|---|---|---|
| 102-37 – | Tax assessed value | $ 1,549,800 |
| 102-37P – | Tax assessed value | $ 148,200 |
| 102-35B – | Tax assessed value | $ 198,400 |
| 102-39 – | Tax assessed value | $ 39,200 |
| 103-10A – | Tax assessed value | $ 705,500 |
| 103-1 – | Tax assessed value | $ 69,700 |
| 103-1B – | Tax assessed value | $ 852,700 |
| 102-35A – | Tax assessed value | $ 237,100 |
| 103-1C – | Tax assessed value | $ 239,600 |
| 103-1E – | Tax assessed value | $ 6,823,700 |
| 103-1F – | Tax assessed value | $ 196,600 |
| 103-1G – | Tax assessed value | $ 125,500 |
| **TOTAL TAX ASSESSED VALUE:** | | **$11,186,000** |

Total Bid Price: $19,000,000.00
Portion Attributable to Real Estate: $17,150,000.00

THIS DEED, made this 7th day of February, 2011, by and between William E. SHMIDHEISER, III, Acting Substitute Trustee, Grantor (for indexing purposes, the Clerk of Court should also index KLUGE ESTATE WINERY AND VINEYARD, LLC, a Virginia limited liability company, as Grantor), and GRAND CRU PROPERTIES, LLC, a Virginia limited liability company, Grantee.

WHEREAS, Kluge Estate Winery and Vineyard, LLC, a Virginia limited liability company, by Patricia Kluge, Director of Kluge Estate Winery and Vineyard, LLC, conveyed by a Credit Line Deed of Trust dated April 27, 2007, certain property therein described and shown on Exhibit A hereto (the "Real Estate") to Al P. Saufley, II and Larry E. Powell, Trustees, to secure Farm Credit of the Virginias, ACA in the prompt payment of: "(a) All indebtedness and obligations of the Grantor [Kluge Estate Winery and Vineyard, LLC, a Virginia limited liability company] to the Beneficiary [Farm Credit of

This document was prepared by Lenhart Obenshain PC, Post Office Box 1287, Harrisonburg, Virginia 22803

Title Insurance Underwriter insuring this instrument is First American Title Insurance Company.

the Virginias, ACA] or the Trustee which arise under the provisions of any of the Grantors covenants and agreements herein; (b) Any renewals, extensions, refinances, reamortizations, modifications or other rearrangements; (c) All indebtedness and obligations, whether now existing or hereafter arising and however evidenced, of the Grantor to the Beneficiary, not exceeding in the aggregate at any one time outstanding, the principal amount of Thirty-three Million Dollars ($33,000,000.00), plus interest thereon and costs of collection, whether all or any part of such indebtedness and obligations is direct or indirect, fixed or contingent, matured or unmatured, liquidated or unliquidated, whether contracted by the Grantor alone, jointly, or jointly and severally with another, and whether originally contracted with the Beneficiary or acquired by the Beneficiary by assignment, transfer or otherwise from another, (d) all obligations and liabilities of Grantor under and pursuant to the terms of the Loan Agreement, dated of even date therewith, among Grantor, Beneficiary and the Guarantors therein named (the "Loan Agreement"), the Notes and other Loan Documents as defined in the Loan Agreement, and (e) any and all future or additional advances (whether or not obligatory) made by Beneficiary for the benefit of Grantor to protect or preserve the property or the lien or security interest created hereby, or for taxes, assessments or insurance premiums as hereinafter provided or for performance of any of Grantor's obligations hereunder or under the other Loan Documents or for any other purpose provided herein or in the other Loan Documents (whether or not the original Grantor remains the owner of the Property at the time of such advances)"; which Credit Line Deed of Trust is recorded in the Clerk's Office of the Circuit Court of

2

Albemarle County, Virginia in Deed Book 3409, at Page 498 (Instrument No. 2007-00006475) ("the Credit Line Deed Of Trust dated April 27, 2007"); and

WHEREAS, Kluge Estate Winery and Vineyard, LLC, a Virginia limited liability company, by Patricia Kluge, Director of Kluge Estate Winery and Vineyard, LLC, executed an Amendment To Credit Line Deed Of Trust dated July 19, 2007, which increased the maximum principal amount secured by the conveyed by the Credit Line Deed of Trust dated April 27, 2007 by $1,800,000 (to $34,800,000), which Amendment To Credit Line Deed Of Trust dated July 19, 2007 is recorded in the aforesaid Clerk's Office in Deed Book 3462, at Page 62 (Instrument No. 2007-00011811) ("the Amendment To Credit Line Deed Of Trust dated July 19, 2007"); and

WHEREAS, Kluge Estate Winery and Vineyard, LLC, a Virginia limited liability company, by Patricia Kluge, Director of Kluge Estate Winery and Vineyard, LLC, executed a Second Amendment To Credit Line Deed Of Trust dated May 6, 2009, which increased the maximum principal amount secured by the conveyed by the Credit Line Deed of Trust dated April 27, 2007, as previously modified, by an additional $5,000,000 (to $39,800,000), which Second Amendment To Credit Line Deed Of Trust dated May 6, 2009 is recorded in the aforesaid Clerk's Office in Deed Book 3731, at Page 626 (Instrument No. 2009-00005764) ("the Second Amendment To Credit Line Deed Of Trust dated May 6, 2009"); and

WHEREAS, the Credit Line Deed Of Trust dated April 27, 2007, together with the Amendment to Credit Line Deed Of Trust dated July 19, 2007 and the Second

3

Amendment to Credit Line Deed Of Trust dated May 6, 2009 is herein called the "Credit Line Deed of Trust"); and

WHEREAS, the Credit Line Deed of Trust encumbers the real and personal property and fixtures therein described, including 906.66 acres, more or less, being located in Albemarle County, Virginia, as more particularly described on the attached Exhibit A (the "Property").

WHEREAS, by Substitution of Trustee of record in the aforesaid Clerk's Office in Deed Book 3946, at Page 235 (Instrument No. 2010-0012071), Farm Credit of the Virginias, ACA designated William E. Shmidheiser, III and Nancy R. Schlichting as Acting Substitute Trustees, either one or both of whom may act, under the aforementioned Credit Line Deed of Trust with full power to act; and

WHEREAS, default having been made in the payment of the indebtedness secured by said Credit Line Deed of Trust, the holder of the notes evidencing the obligations secured by the Credit Line Deed of Trust required that said Substitute Trustees execute the trust, declaring the indebtedness secured thereunder to be due and payable, and to make sale of said property as provided by said Credit Line Deed of Trust; and

WHEREAS, written notice of such proposed sale was sent by certified mail to Kluge Estate Winery and Vineyard, LLC c/o William J. Moses, its Registered Agent; to Kluge Estate Winery and Vineyard, LLC c/o Patricia Kluge, its Director; to William Moses and Patricia Kluge, individually; to Edward B. MacMahon, Jr., Esquire, counsel for William Moses and Patricia Kluge; and to Leslie J. Goldman, Esquire, Kelvina Smith Moore, Esquire, and William S. Scherman, Esquire, counsel for Kluge Estate Winery and

4

Vineyard, LLC, on October 28, 2010, and after due advertisement in the Daily Progress, a newspaper published and having general circulation in Albemarle County, Virginia, on five (5) successive Saturdays: November 6, 13, 20, 27, and December 4, 2010; and in "The Hook," a newspaper having a general circulation in Albemarle County, wherein the Property is located, on five (5) successive Thursdays: November 4, 11, 18, 25, and December 2, 2010, William E. Shmidheiser, III, Acting Substitute Trustee, and Farm Credit of the Virginias, ACA, as beneficiary and secured party, did offer said Property for sale at public auction on Wednesday, December 8, 2010, at 12:00 noon at the Auction Pavilion, 100 Grand Cru Drive, Albemarle County, Virginia, and upon competitive bidding, the Property was sold and knocked down to Farm Credit of the Virginias, ACA for the price of Nineteen Million Dollars ($19,000,000.00), with Seventeen Million One Hundred Fifty Thousand Dollars ($17,150,000.00) attributable to the Real Estate; and

WHEREAS, Farm Credit of the Virginias, ACA has assigned its bid to Grantee, Grand Cru Properties, LLC, and has directed the Grantor to make the Deed to Grand Cru Properties, LLC, as Grantee.

NOW, THEREFORE, THIS DEED made this 7th day of February, 2011, by and between William E. Shmidheiser, III, Acting Substitute Trustee, Grantor, and Grand Cru Properties, LLC, Grantee.

## WITNESSETH:

That for and in consideration of the sum of Seventeen Million One Hundred Fifty Thousand Dollars ($17,150,000.00) cash in hand paid by the Grantee to the Grantor, the receipt of which is hereby acknowledged, the Grantor hereby grants and conveys with

5

Special Warranty of Title unto said GRAND CRU PROPERTIES, LLC, Grantee, in fee

simple, the property in Albemarle County, Virginia described on **Exhibit A**, attached.

This property is conveyed subject to the terms of (i) the conservation

easement granted to the Virginia Outdoors Foundation of record in the aforesaid Clerk's

Office in Deed Book 2890 at page 682, (ii) the conservation easement granted to the

Virginia Outdoors Foundation of record in the aforesaid Clerk's Office in Deed Book 3113

at page 275.

Farm Credit of the Virginias, ACA joins in this Deed for the sole purpose of

evidencing the Assignment of its bid to Grand Cru Properties, LLC.

Reference is hereby made to the Preamble of this Deed for further

description of the source and derivation of title.


WITNESS the following signature and seal.

_William E. Shmidheiser_ [SEAL]
William E. Shmidheiser, III
Acting Substitute Trustee

STATE OF VIRGINIA
(CITY)/COUNTY OF Harrisonburg , to-wit:

The foregoing instrument was acknowledged before me in the jurisdiction
aforesaid this 7th day of February, 2011, by WILLIAM E. SHMIDHEISER, III,
Acting Substitute Trustee.

My commission expires: 9/30/2013

[SEAL]

_Lisa Anne Hawkins_
Notary Public
Notary Registration # 322342

6

IN WITNESS WHEREOF, Farm Credit of the Virginias, ACA has caused this deed to be executed in its name and on its behalf by the undersigned on due authority.

FARM CREDIT OF THE VIRGINIAS, ACA

By: _O. P. Saufley IV_

Its: _Regional Lending Manager_

STATE OF VIRGINIA
(CITY)/COUNTY OF _Harrisonburg_ , to-wit:

The foregoing instrument was acknowledged before me in the jurisdiction aforesaid this _7th_ day of February, 2011, on behalf of FARM CREDIT OF THE VIRGINIAS, ACA, by _A. P. Saufley II_ , its _Regional Lending Manager_

My commission expires: _9/30/2013_

[SEAL]

_Lisa Anne Hawkins_
Notary Public
Notary Registration # _322342_

Grantee's Address:

Grand Cru Properties, LLC
4646 South Valley Pike
Harrisonburg, Virginia 22801

WES/mh
283/39/269843.doc

7

## EXHIBIT A – REAL ESTATE DESCRIPTION

**TMP 102-37:**

All that certain tract or parcel of land situated in the County of Albemarle, Virginia, located on State Routes 627 and 727, containing 78.1251 acres, more or less, shown on a plat by B. Aubrey Huffman & Associates, Ltd., dated February 8, 1984, and recorded in the Clerk's Office of the Circuit Court of the County of Albemarle, Virginia, in Deed Book 789, page 187; LESS AND EXCEPT all those certain strips or parcels of land conveyed to the Commonwealth of Virginia in Deed Book 821, page 493; and Deed Book 821, page 497.

**TMP 102-37P:**

All that certain lot or parcel of land lying on State Route 727 in Albemarle County, Virginia, being more particularly described as Lot 9, containing 2.022 acres, on plat of Glenwood Subdivision, by R. O. Snow and Associates, C.L.S., dated May 23, 1975, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia in Deed Book 577, page 378.

**TMP 102-35B:**

All that certain tract or parcel of land situated in the County of Albemarle, Virginia, located on State Routes 627 and 727, containing 61.9505 acres, more or less, shown on a plat by B. Aubrey Huffman & Associates, Ltd., dated February 24, 1982, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia in Deed Book 824, page 72; LESS AND EXCEPT all those certain strips or parcels of land conveyed to the Commonwealth of Virginia in Deed Book 821, page 493, and Deed Book 821, page 497.

**TMP 102-39:**

All that certain lot or parcel of land situated in the County of Albemarle, Virginia, containing 94.260 acres, more or less, shown on a plat by M. M. Van Doren, Surveyor, dated February 16, 1932, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia in Deed Book 515, page 328.

**TMP 103-10A:**

All that certain tract or parcel of land situated in the County of Albemarle, Virginia, located on State Routes 627 and 727, containing 22.7529 acres, more or less, shown on a plat by B. Aubrey Huffman & Associates, Ltd., dated February 24, 1982, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia in Deed Book 824, page 73; LESS AND EXCEPT all those certain strips or parcels of land conveyed to the Commonwealth of Virginia in Deed Book 821, page 493, and Deed Book 821, page 497.

1

TMP 103-1:

All that certain tract or parcel of land situated in Albemarle County, Virginia, containing 144.41 acres, more or less, shown as TMP 103-1, on a plat by Gloeckner Engineering/Surveying, Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 2894, page 649 and 650; TOGETHER WITH a non-exclusive easement for ingress and egress over 50' "Private Road," currently known as Ellerslie Drive, as shown on a plat recorded in Deed Book 398, page 555.

TMP 103-1B:

All that certain tract or parcel of land situated in Albemarle County, Virginia, containing 85.65 acres, more or less, more particularly described as NEW T.M. 103-1B, on a plat by Gloeckner Engineering/Surveying, Inc., dated May 16, 2005, revised November 10, 2005, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia in Deed Book 3117, pages 171 through 174.

TMP 102-35A:

All that certain parcel of tract of land situated in Albemarle County, Virginia, containing 81.10 acres, more or less, shown as NEW T.M. 102-35A on a plat by Gloeckner Engineering/Surveying, Inc. dated May 16, 2005, revised November 10, 2005, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia in Deed Book 3117, pages 171 through 174; TOGETHER WITH a non-exclusive easement for ingress and egress over 30' right of way easement as shown and set forth on plat recorded in Deed Book 3117, pages 171 through 174.

TMP 103-1C:

All that certain lot or parcel of land situated in Albemarle County, Virginia, containing 1.41 acres, more or less, shown as TMP 103-1C, on a plat by Gloeckner Engineering/Surveying, Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia in Deed Book 2894, pages 649 and 650; TOGETHER WITH a non-exclusive easement for ingress and egress over 50' "Private Road," currently known as Ellerslie Drive, as shown on plat recorded in Deed Book 398, page 555.

TMP 103-1E:

All that certain lot or parcel of land situated in Albemarle County, Virginia, containing 327.73 acres, more or less, shown as TMP 103-1E, on a plat by Gloeckner Engineering/Surveying, Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia in Deed Book 2894, pages 649 and 650, together with and including 0.05 acres and 0.79 acres, more or less, shown as Parcel B and Parcel E, respectively, but less and except a 0.58 acre correction as shown on a plat by Gloeckner Engineering/Surveying, Inc. dated May 16, 2005, revised November 10, 2005, and recorded in the aforesaid Clerk's Office in Deed Book

2

3117, pages 171 through 174; TOGETHER WITH a non-exclusive easement for ingress and egress over 50' "Private Road," currently known as Ellerslie Drive, as shown on plat recorded in Deed Book 398, page 555.

TMP 103-1F:

All that certain lot or parcel of land situated in Albemarle County, Virginia, containing 3.01 acres, more or less, shown as TMP 103-1F, on a plat by Gloeckner Engineering/Surveying, Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia in Deed Book 2894, pages 649 and 650, TOGETHER WITH a non-exclusive easement for ingress and egress over 50' "Private Road," currently known as Ellerslie Drive, as shown on plat recorded in Deed Book 398, page 555.

TMP 103-1G:

All that certain lot or parcel of land situated in Albemarle County, Virginia, containing 4.14 acres, more or less, shown as TMP 103-1G, on a plat by Gloeckner Engineering/Surveying, Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 2894, pages 649 and 650; TOGETHER WITH a non-exclusive easement for ingress and egress over 50' "Private Road," currently known as Ellerslie Drive, as shown on plat recorded in Deed Book 398, page 555.

283/39/265180.doc

RECORDED IN CLERKS OFFICE OF
ALBEMARLE COUNTY ON
February 09,2011 AT 11:37:29 AM
$17,150.00 GRANTOR TAX PD
AS REQUIRED BY VA CODE § 58.1-802
STATE: $8,575.00 LOCAL: $8,575.00
ALBEMARLE COUNTY, VA
DEBRA M SHIPP CLERK

DC

3

# EXHIBIT 13

Instrument Control Number

005426

# Commonwealth of Virginia
## Land Record Instruments
## Cover Sheet - Form A

Doc ID: 006458070000 Type: DEE
Recorded: 05/10/2011 at 12:28:42 PM
Fee Amt: $32,834.14 Page 1 of 9
Albemarle County, VA
Debra M. Shipp Clerk
Fil#e 2011-00005426
BK 4030 PG 455-463

[ILS VLR Cover Sheet Agent 1.0.66]

T A X   E X E M P T
C O R P

Date of Instrument: [5/9/2011 ]
Instrument Type: [DBS ]

Number of Parcels [ 7]

Number of Pages [ 5]

City ☐ County [x] [Albemarle County ]          (Box for Deed Stamp Only)

### First and Second Grantors

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [Grand Cru Properties LLC[ | ][ | ][ | ] |
| [ | ][ | ][ | ] |

### First and Second Grantees

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [Trump Vineyard Estates ][ | ][ | ][ | ] |
| [ | ][ | ][ | ] |

Grantee Address     (Name)       [Trump Vineyard Estates LLC                                    ]
                    (Address 1)   [725 5th Avenue 26th Floor                                    ]
                    (Address 2)   [                                                             ]
                    (City, State, Zip) [New York                              ] [NY ] [10022   ]
Consideration [7,567,100.00    ] Existing Debt [0.00        ] Assumption Balance [0.00        ]

Prior Instr. Recorded at: City ☐ County [x] [Albemarle County    ] Percent. in this Juris.  [ 100]
Book  [n/a    ]          Page   [n/a   ]                    Instr. No  [n/          ]
Parcel Identification No (PIN)    [10300 00 00 00100                                           ]
Tax Map Num.  (if different than PIN)  [10300 00 00 00100                                      ]
Short Property Description     [144.41 acres                                                   ]
                               [                                                               ]
Current Property Address (Address 1) [                                                         ]
                         (Address 2) [                                                         ]
                         (City, State, Zip) [                                ] [   ] [[        ]

Instrument Prepared by        [Douglas C Carter Attorney                                       ]
Recording Paid for by         [Community Settlement Group LLC                                  ]
Return Recording to (Name)    [Douglas C Carter Attorney                                       ]
                    (Address 1)  [300 Preston Avenue Suite 203                                 ]
                    (Address 2)  [                                                             ]
                    (City, State, Zip) [Charlottesville                  ] [VA ] [22902        ]
Customer Case ID              [                    ] [                     ] [                  ]

Cover Sheet Page # 1 of 4

EXHIBIT
13

Instrument Control Number

[                    ]

005426

# Commonwealth of Virginia
## Land Record Instruments
## Continuation Cover Sheet
## Form C
[ILS VLR Cover Sheet Agent 1.0.66]

| T A X   E X E M P T | G R A N T O R | G R A N T E E | C O R P | |
|---|---|---|---|---|

Date of Instrument:   [5/9/2011      ]
Instrument Type:      [DBS          ]

Number of Parcels    [    7]
Number of Pages      [    5]

City [ ] County [x]   [Albemarle County              ]          (Box for Deed Stamp Only)

### Grantors/Grantees/Parcel Continuation Form C

| | | | | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [                ] [ | ] [ | ] [ | ] |
| [ ] | [ ] | [ ] | [ ] | [                ] [ | ] [ | ] [ | ] |
| [ ] | [ ] | [ ] | [ ] | [                ] [ | ] [ | ] [ | ] |
| [ ] | [ ] | [ ] | [ ] | [                ] [ | ] [ | ] [ | ] |
| [ ] | [ ] | [ ] | [ ] | [                ] [ | ] [ | ] [ | ] |

Prior Instr. Recorded at: City [ ] County [x]  [Albemarle County      ]  Percent. in this Juris.  [  100]
Book   [n/a   ]                  Page    [n/a  ]                  Instr. No  [n/a                    ]
Parcel Identification No (PIN)        [10300 00 00 001B0                                              ]
Tax Map Num.   (if different than PIN)  [10300 00 00 001B0                                            ]
Short Property Description            [85.65 acres                                                   ]
                                      [                                                              ]
Current Property Address (Address 1)  [                                                              ]
                         (Address 2)  [                                                              ]
                         (City, State, Zip) [                                   ] [       ] [        ]

Prior Instr. Recorded at: City [ ] County [x]  [Albemarle County      ]  Percent. in this Juris.  [  100]
Book   [n/a   ]                  Page    [n/a  ]                  Instr. No  [n/a                    ]
Parcel Identification No (PIN)        [10200 00 00 035A0                                              ]
Tax Map Num.   (if different than PIN)  [10200 00 00 035A0                                            ]
Short Property Description            [81.10 acres                                                   ]
                                      [                                                              ]
Current Property Address (Address 1)  [                                                              ]
                         (Address 2)  [                                                              ]
                         (City, State, Zip) [                                   ] [       ] [        ]

Cover Sheet Page # 2 of 4

Instrument Control Number

# Commonwealth of Virginia
**Land Record Instruments**
**Continuation Cover Sheet**
**Form C**

[ILS VLR Cover Sheet Agent 1.0.68]

T A X   E X E M P T   G R A N T O R   G R A N T E E   C O R P

Date of Instrument:    [5/9/2011    ]
Instrument Type:      [DBS        ]

Number of Parcels    [    7]
Number of Pages      [    5]

City [ ] County [x]  [Albemarle County            ]          (Box for Deed Stamp Only)

**Grantors/Grantees/Parcel Continuation Form C**

| | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|
| ☐☐☐☐ | [          ] [ | ] [ | ] [ | ] |
| ☐☐☐☐ | [          ] [ | ] [ | ] [ | ] |
| ☐☐☐☐ | [          ] [ | ] [ | ] [ | ] |
| ☐☐☐☐ | [          ] [ | ] [ | ] [ | ] |
| ☐☐☐☐ | [          ] [ | ] [ | ] [ | ] |

Prior Instr. Recorded at: City [ ] County [x] [Albemarle County    ]   Percent. In this Juris.    [  100]
Book   [n/a   ]           Page      [n/a   ]          Instr. No  [n/a                ]
Parcel Identification No (PIN)      [10300 00 00 001C0                                ]
Tax Map Num.    (if different than PIN)   [10300 00 00 001C0                          ]
Short Property Description      [1.41 acres                                          ]
                                [                                                    ]
Current Property Address (Address 1)  [                                              ]
                        (Address 2)  [                                               ]
                      (City, State, Zip) [                                ] [    ] [        ]

Prior Instr. Recorded at: City [ ] County [x] [Albemarle County    ]   Percent. In this Juris.    [  100]
Book   [n/a   ]           Page      [n/a   ]          Instr. No  [n/a                ]
Parcel Identification No (PIN)      [10300 00 00 001E0                                ]
Tax Map Num.    (if different than PIN)   [10300 00 00 001E0                          ]
Short Property Description      [327.73 acres                                        ]
                                [                                                    ]
Current Property Address (Address 1)  [                                              ]
                        (Address 2)  [                                               ]
                      (City, State, Zip) [                                ] [    ] [        ]

Cover Sheet Page # 3 of 4

Instrument Control Number

[                    ]

# Commonwealth of Virginia
## Land Record Instruments
## Continuation Cover Sheet
## Form C

[ILS VLR Cover Sheet Agent 1.0.66]

| T A X   E X E M P T | G R A N T O R | G R A N T E E | C O R P | | | |
|---|---|---|---|---|---|---|

Date of Instrument:  [5/9/2011    ]
Instrument Type:  [DBS        ]

Number of Parcels  [    7]
Number of Pages  [    5]

City ☐ County [x]  [Albemarle County          ]          (Box for Deed Stamp Only)

### Grantors/Grantees/Parcel Continuation Form C

| | | | | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | [          ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [          ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [          ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [          ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [          ] [ | ] [ | ] [ | ] |

Prior Instr. Recorded at: City ☐ County [x] [Albemarle County        ] Percent. in this Juris.  [   100]
Book  [n/a    ]          Page    [n/a    ]          Instr. No  [n/a
Parcel Identification No (PIN)     [10300 00 00 001F0
Tax Map Num.     (if different than PIN)   [10300 00 00 001f0
Short Property Description   [3.01 acres

Current Property Address (Address 1) [
(Address 2) [
(City, State, Zip) [                          ] [   ] [

Prior Instr. Recorded at: City ☐ County [x] [Albemarle County        ] Percent. in this Juris.  [   100]
Book  [n/a    ]          Page    [n/a    ]          Instr. No  [n/a
Parcel Identification No (PIN)     [10300 00 00 001G0
Tax Map Num.     (if different than PIN)   [10300 00 00 001G0
Short Property Description   [4.14 acres
[
Current Property Address (Address 1) [
(Address 2) [
(City, State, Zip) [                          ] [   ] [

Cover Sheet Page # 4 of 4

This instrument was prepared by Douglas C. Carter, Attorney

Tax Parcel 10300-00-00-00100

Tax Parcel 10300-00-00-001B0

*Tax Assessment: $7,567,100.00*

Tax Parcel 10200-00-00-035A0

Tax Parcel 10300-00-00-001C0

Tax Parcel 10300-00-00-001E0

Tax Parcel 10300-00-00-001F0

Tax Parcel 10300-00-00-001G0

Title Insurance by First American Title Insurance Company

Record and return to Jason Greenblatt, 725 5th Avenue, 26th Floor, New York, NY 10022

THIS DEED, made this 9th day of May, 2011, by and between GRAND CRU PROPERTIES, LLC, a Virginia limited liability company, party of the first part, hereinafter referred to as Grantor, and TRUMP VINEYARD ESTATES LLC, a Delaware limited liability company, party of the second part, hereinafter referred to as Grantee, whose address is 725 5th Avenue, 26th Floor, New York, NY 10022, Attn: Ms. Stephanie Lennig

W I T N E S S E T H :

That for and in consideration of the sum of $10.00, cash in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, the Grantor does hereby GRANT, BARGAIN AND SELL and CONVEY with SPECIAL WARRANTY OF TITLE unto the

Grantee in fee simple absolute, together with all improvements thereon and appurtenances thereto, the following described property

Tract 6, comprised of the following parcels:

1.    all that certain tract or parcel of land situated in Albemarle County, Virginia, containing 144.41 acres, more or less, shown as TMP 103-1 on a plat by Gloeckner Engineering/Surveying, Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 2894, pages 649 and 650; together with a non-exclusive easement for ingress over 50' "Private Road," currently known as Ellerslie Drive, as shown on a plat recorded in Deed Book 398, page 555; and

2.    all that certain tract or parcel of land situated in Albemarle County, Virginia, containing 85.65 acres, more or less, more particularly described as NEW T.M. 103-1B on a plat by Gloeckner Engineering/Surveying, Inc., dated May 16, 2005, revised November 10, 2005, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 3117, pages 171 through 174, together with a quit claim of any interest Grantor has to the non-exclusive easement for ingress and egress over 30' right of way easement as shown and set forth on plat recorded in Deed Book 3117, pages 171 through 174; and

3.    all that certain tract or parcel of land situated in Albemarle County, Virginia, containing 81.10 acres, more or less, shown as NEW T.M. 102-35A on a plat by Gloeckner Engineering/Surveying, Inc., dated May 16, 2005, revised November 10, 2005, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 3117, pages 171 through

174, together with a non-exclusive easement for ingress and egress over 30' right of way easement as shown and set forth on plat recorded in Deed Book 3117, pages 171 through 174; and

4. all that certain lot or parcel of land situated in Albemarle County, Virginia, containing 1.41 acres, more or less, shown as TMP 103-1C on a plat by Gloeckner Engineering/Surveying, Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 2894, pages 649 and 650; together with a non-exclusive easement for ingress over 50' "Private Road," currently known as Ellerslie Drive, as shown on a plat recorded in Deed Book 398, page 555; and

5. all that certain lot or parcel of land situated in Albemarle County, Virginia, containing 327.73 acres, more or less, shown as TMP 103-1E on a plat by Gloeckner Engineering/Surveying, Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 2894, pages 649 and 650, together with and including 0.05 acres and 0.79 acres, more or less, shown as Parcel B and Parcel D, respectively, but less and except a 0.58 acre correction as shown on a plat by Gloeckner Engineering/Surveying, Inc., dated May 16, 2005, revised November 10, 2005, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 3117, pages 171 through 174, together with a non-exclusive easement for ingress over 50' "Private Road," currently known as Ellerslie Drive, as shown on a plat recorded in Deed Book 398, page 555, and together with any rights as successor to the declarant under that certain Deed of Private Road and Maintenance Agreement, dated as of

August 28, 2005, by Kluge Estate Winery and Vineyard, L.L.C. recorded in Deed Book 3020 at page 316; and

6. all that certain tract or parcel of land situated in Albemarle County, Virginia, containing 3.01 acres, more or less, shown as TMP 103-1F on a plat by Gloeckner Engineering/Surveying, Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 2894, pages 649 and 650; together with a non-exclusive easement for ingress over 50' "Private Road," currently known as Ellerslie Drive, as shown on a plat recorded in Deed Book 398, page 555; and

7. all that certain tract or parcel of land situated in Albemarle County, Virginia, containing 4.14 acres, more or less, shown as TMP 103-1G on a plat by Gloeckner Engineering/Surveying, Inc., dated October 15, 2004, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 2894, pages 649 and 650; together with a non-exclusive easement for ingress over 50' "Private Road," currently known as Ellerslie Drive, as shown on a plat recorded in Deed Book 398, page 555.

All parcels were conveyed to the Grantor herein by deed of William E. Shmidheiser, III, Acting Substitute Trustee, dated February 7, 2011, and recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 3997, page 251.

The herein described property is conveyed subject to the terms of a conservation easement granted to the Virginia Outdoors Foundation recorded in the Clerk's Office of the Circuit Court of Albemarle County, Virginia, in Deed Book 3113, page 275.

Witness the following:

GRAND CRU PROPERTIES, LLC

BY: FARM CREDIT OF THE VIRGINIAS, ACA, its Manager

BY: _Patricia L. Bodkin_

Its Manager and Authorized Agent


STATE OF Virginia

CITY/COUNTY OF Augusta, to-wit:


The foregoing instrument was subscribed, sworn to and acknowledged before me this 9th day of May, 2011, by Patricia L Bodkin the Manager and Authorized Agent of Farm Credit of the Virginias, ACA, the Manager of Grand Cru Properties, LLC, a Virginia limited liability company.

My commission expires 9/30/2013.

_____
Notary Public

LISA ANNE HAWKINS
NOTARY PUBLIC
REG. #323342
MY COMMISSION
EXPIRES
COMMONWEALTH OF VIRGINIA


RECORDED IN CLERKS OFFICE OF
ALBEMARLE COUNTY ON
May 10,2011 AT 12:28:42 PM
$7,567.50 GRANTOR TAX PD
AS REQUIRED BY VA CODE §58.1-802
STATE: $3,783.75 LOCAL: $3,783.75
ALBEMARLE COUNTY, VA
DEBRA M. SHIPP CLERK          DC

# EXHIBIT 14

(Page 1 of 5)

Instrument Control Number

[          ]

# Commonwealth of Virginia

## Land Record Instruments

## Cover Sheet - Form A

[ILS Cover Sheet Agent Online 1.1.6]

003787

Doc ID: 000432770005 Type: DEE
Recorded: 03/31/2011 at 11:49:24 AM
Fee Amt: $1,686.87 Page 1 of 5
Albemarle County, VA
Debra M. Shipp Clerk
File# 2011-00003787
BK 4016 PG 272-276

(Box for Deed Stamp Only)

| T A X | C O R P | | | |
|---|---|---|---|---|
| | | Date of Instrument | [ 03/10/2011 ] | |
| E X E M P T | | Instrument Type | [ DBS ] | |
| | | Number of Parcels | [ 1 ] | |
| | | Number of Pages | [ 4 ] | |
| | | City ☐ County ☒ [ Albemarle County ] | | |

**First and Second Grantors**

| | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|
| ☐☐ | Subotnick | [ Stuart ] | [ ] | [ Trustee ] |
| ☐☒ | John W. Kluge, Jr. Trust | [ ] | [ ] | [ ] |

**First and Second Grantees**

| | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|
| ☐☐ | Trump Virginia Acquisitions LLC | [ ] | [ ] | [ ] |

Grantee Address (Name)    Trump Virginia Acquisitions LLC
(Address 1)    725 Fifth AVenue, 26th Floor
(Address 2)
(City, State, Zip)    [ New York ] [ NY ] [ 10022 ]
Consideration [ 374,600.00 ]    Existing Debt [ 0.00 ]    Assumption Balance [ 0.00 ]

Prior Instr. Recorded at: City ☐ County ☒ [ ]    Percent. in this Juris.(%) [ 100 ]
Book [ ]   Page [ ]   Instr. No [ ]
Parcel Identification No (PIN)    10200-00-00-035C0
Tax Map Num. (If different than PIN)    10200-00-00-035C0
Short Property Description    216.68 acres

Current Property Addr (Address 1)
(Address 2)
(City, State, Zip) [ ] [ ] [ ]

Instrument Prepared by    Outside of VA
Recording Paid for by    Chicago Title Insurance Compny
Return Recording to (Name)    Chicago Title Insurance Compny
(Address 1)    830 East Main Street, 16th Fl
(Address 2)    Richmond
(City, State, Zip) [ VA ] [ 23219 ]
Customer Case ID [ 831103005- ] [ ] [ CS-415423 ]

Cover Sheet Page # 1 of 1

EXHIBIT
14

Prepared by:
Jason D. Greenblatt, Esq.

I:\JDG\Misc\Kluge Estate\John W. Kluge Trust\Deed from Trust v4 (Trump 3-23-11).DOC

CONSIDERATION $574,600.00

Return to:
Trump Virginia Acquisitions LLC
725 Fifth Avenue, 26th Floor
New York, New York 10022
Att: Jason D. Greenblatt, Esq.

Title Insured by: Fidelity National Title Insurance Company

Tax Map Parcel No.: 10200-00-00-035C0

THIS DEED dated this 10th day of March, 2011, by and between STUART SUBOTNICK, TRUSTEE of the JOHN W. KLUGE, JR. TRUST under agreement dated August 28, 2000, the Grantor; and TRUMP VIRGINIA ACQUISITIONS LLC, a Delaware limited liability company, the Grantee, whose address is 725 Fifth Avenue, 26th Floor, New York, New York 10022;

## WITNESSETH:

THAT FOR AND IN CONSIDERATION of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Grantor does hereby GRANT, BARGAIN, SELL and CONVEY with GENERAL WARRANTY and ENGLISH COVENANTS OF TITLE unto the Grantee all that certain tract or parcel of land, together with all improvements thereon and appurtenances thereto, situated in Albemarle County, Virginia, described on SCHEDULE A attached hereto and incorporated herein. (the "Property").

The conveyance is made expressly subject to a Deed of Gift of Easement, dated September 27, 2006, from Grantor to the Virginia Outdoors Foundation, an agency of the Commonwealth of Virginia, recorded in said Clerk's Office in Deed Book 3313, page 129.

L:\DOC\Misc\Kluge Estate\John W. Kluge Trust\Deed from Trust v4 [Trump 3-22-11].DOC

Attached to and part of
Deed dated March 23, 2011
by and between Stuart Subotnick,
Trustee of the John W. Kluge, Jr. Trust
u/a dated August 28, 2000 and
Trump Virginia Acquisitions LLC

WITNESS the following signature and seal.

_____ (SEAL)
Stuart Subotnick, Trustee of the
John W. Kluge, Jr. Trust u/a dated August 28, 2000

STATE OF NEW YORK

COUNTY OF NEW YORK, to-wit:

The foregoing instrument was acknowledged before me this 23 day of March, 2011, by Stuart Subotnick, as Trustee for the John W. Kluge, Jr. Trust.

My commission expires:_____

_____
Notary Public
Registration ID#:

MARION BERGMEIER
Notary Public, State of New York
No. 41-4777568
Certificate Filed in Nassau County
Commission Expires July 31, 2014

2

L:\JWG\Misc\Kluge Estate\John W. Kluge Trust\Deed from Trust v4 (Trump 3-21-11).doc

Attached to and part of
Deed dated March __, 2011
by and between Stuart Subotnick,
Trustee of the John W. Kluge, Jr. Trust
u/a dated August 28, 2000 and
Trump Virginia Acquisitions LLC

## SCHEDULE A
## LEGAL DESCRIPTION

All that certain tract or parcel of land, together with all improvements thereon and appurtenances thereto, situated in Albemarle County, Virginia, described as set forth on Schedule A-1 attached hereto.

BEING the same property conveyed to Patricia M. Kluge, Trustee of the John W. Kluge, Jr. Trust under agreement dated August 28, 2000, by deed from John W. Kluge, dated August 31, 2000, recorded in the Clerk's Office, Circuit Court, Albemarle County, Virginia, in Deed Book 1957, Page 704.

Also being described as all that certain tract or parcel of land, together with all improvements thereon and appurtenances thereto pertaining, located in the Scottsville Magisterial District of the County of Albemarle, Virginia, containing 216.69 acres, more or less, more particularly shown and described on plat of Gloeckner Engineering-Surveying, Inc., titled "Plat Showing Survey of Golf Course Tract Being a Portion of T.M. 102 Parcel 35A & T.M. 103 Parcel 1B, Morven Farms, Albemarle County, Virginia", dated September 19, 2000, a copy of which is recorded in Deed Book 1957, at page 700.

The applicable Tax Lot as of the date hereof is Tax Lot 10200-00-00-035CO.

3

s:\2001\Misc\Kluge Estate\John W. Kluge Trust\Deed from Trust V4 (Trump 3-21-11).DOC

## SCHEDULE A-1
## LEGAL DESCRIPTION OF PROPERTY
## KNOWN AS TAX MAP 102 PARCEL 35C
## ALBEMARLE COUNTY, VIRGINIA

Beginning at a concrete monument being the southeast corner of the property located on the western right-of-way line for State Route 627 (Carters Mountain Road) and being a common corner with the land of George S. and Thelma S. Howard known as Tax Map 102 Parcel 35, thence with a fence line N36°51'02"W, 2538.63 feet to an iron, thence with a common line of tract known as Tax Map 102 Parcel 35A N27°13'27"E, 805.24 feet to a point, a common corner to Tax Map 102 Parcel 35, thence with the following lines all common to *Tax Map 102 Parcel 35 until the Northeast corner of the property at the Route 627 right-of-way*: N27°13'27"E, 497.95 feet to an iron, thence N27°13'27"E, 560.46 feet to an iron, thence N74°16'12"E, 61.93 feet to an iron, thence N28°16'54"E, 193.79 feet to an iron, thence N26°30'34"E, 107.92 feet to an iron, thence S86°30'04"E, 274.87 feet to a point in the road, thence S44°51'42"E, 98.59 feet to a point in the road, thence S54°46'23"E, 121.38 feet to a point in the center of the private access road (in the center of a 30 foot access easement), thence following the access road the following courses: N67°47'48"E, 158.09 feet, thence N78°04'34"E, 215.06 feet, thence S78°43'57"E, 99.16 feet, thence S44°23'26"E, 55.70 feet, thence S86°32'44"E, 68.86 feet, thence S07°25'03"N, 172.43 feet, thence S17°26'23"E, 151.52 feet, thence S34°24'53"E, 147.31 feet, thence S51°56'34"E, 170.95 feet, thence S65°28'52"E, 167.28 feet, thence S76°42'59"E, 400.81 feet, thence leaving the center of the 30 foot easement S73°40'51"E, 398.58 feet to an iron, thence S77°22'09"E, 225.62 feet to an iron, thence S31°12'24"E, 1010.00 feet to an iron, thence S02°42'09"E, 589.44 feet to an iron being on the right-of-way boundary of State Route 627 and the last common corner with Tax Map 102 Parcel 35, thence following the right-of-way line, the following courses: S57°17'47"N, 567.63 feet to an iron, thence S53°09'20"W, 497.04 feet to a point, thence S62°10'19"W, 171.30 to a point, thence S54°34'04"N, 840.07 feet to a point at the center of the 30' access easement, thence S65°18'23"W, 486.38 feet to a point, thence S61°30'43"W, 72.78 feet to a point, thence S53°13'23"W, 143.35 feet to a point, thence S43°41'59"W, 315.22 feet to a point, thence S39°10'10"W, 126.36 feet to the point of beginning containing 216.68 acres.

All that certain tract or parcel of land, together with all improvements thereon and appurtenances thereto pertaining, located in the Scottsville Registerial District of the County of Albemarle, Virginia, containing 216.68 acres, more or less, more particularly shown and described on plat of Gloeckner Engineering/Surveying Inc., titled "Plat Showing Survey of Golf Course Tract Being a Portion of T.M. 102 Parcel 35A & T.M. 103 Parcel 1B, Morven Farms, Albemarle County Virginia", dated September 19, 2000, a copy of which is recorded in Deed Book 1957, at page 700.

BEING the same real estate conveyed to Patricia M. Kluge, Trustee of the John M. Kluge, Jr. Trust under agreement dated August 28, 2000, by deed from John W. Kluge, dated August 31, 2000, recorded September 29, 2000, in the Clerk's office, Circuit Court, Albemarle County, Virginia, in Deed Book 1957, page 704.

4

RECORDED IN CLERKS OFFICE OF
ALBEMARLE COUNTY ON
March 31,2011 AT 11:49:24 AM
$375.00 GRANTOR TAX PD
AS REQUIRED BY VA CODE §58.1-802
STATE: $187.50 LOCAL: $187.50
ALBEMARLE COUNTY, VA
DEBRA M. SHIPP CLERK

DC

# EXHIBIT 15

Instrument Control Number

017513

## Commonwealth of Virginia
### Land Record Instruments
### Cover Sheet - Form A

[ILS VLR Cover Sheet Agent 1.0.66]

Doc ID: 004730120020 Type: DEE
Recorded: 11/14/2007 at 02:31:26 PM
Fee Amt: $12,712.05 Page 1 of 20
Albemarle County, VA
Shelby Marshall Clerk Circuit Court
File# 2007-00017513
BK 3516 PG 24-43

| | | |
|---|---|---|
| Date of Instrument: | [11/8/2007 ] | |
| Instrument Type: | [RFDT ] | |
| Number of Parcels | [ 1] | |
| Number of Pages | [ 19] | |
| City [ ] County [x] | [Albemarle County ] | (Box for Deed Stamp Only) |

**First and Second Grantors**

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [Kluge ] | [Patricia ] | [M ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |

**First and Second Grantees**

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [Williams ] | [J ] | [Page ] | [Trustee ] |
| [ ] | [ ] | [ ] | [ ] |

| Grantee Address | (Name) | [J. Page Williams | |
| | (Address 1) | [530 East Main Street | |
| | (Address 2) | [ | |
| | (City, State, Zip) | [Charlottesville | ] [VA ] [22902 ] |

Consideration [13,800,000.00 ] Existing Debt [3,800,000.00 ] Assumption Balance [10,000,000.00 ]

| | | | |
|---|---|---|---|
| Prior Instr. Recorded at: City [ ] County [x] | [Albemarle County | ] Percent. in this Juris. | [ 100] |
| Book [2740 ] | Page [114 ] | Instr. No [ | ] |
| Parcel Identification No (PIN) | [10200 00 00 03500 | | ] |
| Tax Map Num. (if different than PIN) | [Same | | ] |
| Short Property Description | [Parcels A, G, F and E | | ] |
| | [ | | ] |
| Current Property Address (Address 1) | [355 Albemarle House Dr | | ] |
| (Address 2) | [ | | ] |
| (City, State, Zip) | [Charlottesville | ] [VA ] [22902 | ] |

| | | |
|---|---|---|
| Instrument Prepared by | [Bank of America | ] |
| Recording Paid for by | [Presidential Title Inc | ] |
| Return Recording to (Name) | [Presidential Title Inc | ] *The Closing Co* |
| (Address 1) | [4800 Hampden Lane | ] |
| (Address 2) | [7th Floor | ] |
| (City, State, Zip) | [Bethesda | ] [MD] [20814 ] |
| Customer Case ID | [ ] [ | ] [ ] |

Cover Sheet Page # 1 of 1

**EXHIBIT**

tabbies

15

Tax ID: 10200-00-00-03500
After Recording Return To:
Presidential Title, Inc.
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814
92007.075

*The purpose of this Deed of Trust is to refinance the terms of an existing debt with the same lender making this Deed of Trust fully or partially exempt from recordation tax pursuant to section 58.1-803 of the code of virginia (1954) as amended. The original debt which is evidenced by a Deed of Trust of record in Deed*

*Book 2740 page 114 is certified to be $10,000,000*

FILE NO.: 92000-075
TAX ID NO.: 10200-00-00-03500
TITLE INSURER: COMMONWEALTH LAND TITLE INSURANCE CO.

_____ [Space Above This Line For Recording Data] _____

## DEED OF TRUST

The following information, as further defined below, is provided in accordance with Virginia law:

This Deed of Trust is given by PATRICIA M. KLUGE, as Borrower (trustor), to J. PAGE WILLIAMS, a resident of Albemarle County, Virginia and residing at 530 East Main Street, Charlottesville, Virginia 22902, Trustee, for the benefit of BANK OF AMERICA, N.A., as beneficiary.

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated November 6, 2007, together with all Riders to this document.
(B) "Borrower" is PATRICIA M. KLUGE. Borrower is the trustor under this Security Instrument.
(C) "Lender" is BANK OF AMERICA, N.A. Lender is a company organized and existing under the laws of the State of Texas. Lender's address is 700 Louisiana Street, 4th Floor, Houston, Texas 77002. Lender is the beneficiary under this Security Instrument.
(D) "Trustee" is J. PAGE WILLIAMS. Trustee is a Virginia resident. Trustee's address is 530 East Main Street, Charlottesville, Virginia 22902.

VIRGINIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT     Form 3047     1/01     (page 1 of 16 pages)

(E) **"Note"** means the promissory note signed by Borrower and dated November 6, 2007. The Note states that Borrower owes Lender Thirteen Million Eight Hundred Thousand and 00/100 Dollars (U.S. $13,800,000.00) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than November 1, 2022.

(F) **"Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

(G) **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H) **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | x Other(s) [specify] _____ |
| ☐ 1-4 Family Rider | ☐ Biweekly Payment Rider | Custom Mortgage Rider |

(I) **"Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(J) **"Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(K) **"Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(L) **"Escrow Items"** means those items that are described in Section 3.

(M) **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(N) **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(O) **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(P) **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

VIRGINIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3047    1/01    (page 2 of 8 pages)

*Ph*

EXHIBIT "A"

Parcel containing 9.904 acres, more or less (comprising the original Tax Map 102-35)
Parcel G, containing 78.99 acres, more or less, Parcel F, containing 2.15 acres, more or
less, and Parcel E, containing 6.94 acres, more or less, all parcels comprising the new Tax
Map 102-35 which is depicted on plat entitled "Plat Showing Redivision of Tax Map 102
Parcel 35A Tax Map 103 Parcel 1B and Tax Map 103 Parcel 1E ALBEMARLE FARMS
Scottsville Magisterial District Albemarle County, Virginia" prepared by Gloeckner
Engineering/Surveying Inc., dated July 16, 2005 and recorded with a Declaration of
Private Road Maintenance Agreement in Deed Book 3020 at Page 315.

Tax ID: 10200-00-00-03500

*Ph*

RECORDED IN CLERKS OFFICE OF
ALBEMARLE ON
November 14,2007 AT 2:31:48 PM
$0.00 GRANTOR TAX NO
AS REQUIRED BY VA CODE §58.1-802
STATE: $0.00 LOCAL: $0.00
ALBEMARLE COUNTY, VA
SHELBY MARSHALL,CLERK CIRCUIT COURT
DC

# EXHIBIT 16

Instrument Control Number

[                    ]

001983

Doc ID: 008482190011 Type: DEE
Recorded: 02/17/2011 at 09:11:03 AM
Fee Amt: $22.83 Page 1 of 6
Albemarle County, VA
Debra M. Shipp Clerk
File# 2011-00001983
BK 3999 PG 66-76

## Commonwealth of Virginia
## Land Record Instruments
## Cover Sheet - Form A

[ILS VLR Cover Sheet Agent 1.0.66]

| | |
|---|---|
| Date of Instrument: | [1/27/2011 ] |
| Instrument Type: | [MEML ] |
| Number of Parcels | [ · 1] |
| Number of Pages | [ 10] |
| City ☐ / County ☒ | [Albemarle County ] |

(Vertical left margin: TAX EXEMPT CORP)

(Box for Deed Stamp Only)

### First and Second Grantors

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [Subotnick ] | [Stuart ] | [ ] | [ ] |
| [The John W. Kluge, Jr. ] | [ ] | [ ] | [ ] |

### First and Second Grantees

| Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|
| [Virginia Acquisitions, LLC ] | [ ] | [ ] | [ ] |
| [ ] | [ ] | [ ] | [ ] |

| Grantee Address | (Name) | [Virginia Acquisitions, LLC |
|---|---|---|
| | (Address 1) | [725 Fifth Avenue |
| | (Address 2) | [ |
| | (City, State, Zip) | [New York ] [NY] [10022 |

| Consideration [0.00 | Existing Debt [0.00 | Assumption Balance [0.00 |

| Prior Instr. Recorded at: City ☐ County ☐ | | Percent. in this Juris. [ 100] |
|---|---|---|
| Book [ ] | Page [ ] | Instr. No [ ] |

Parcel Identification No (PIN)
Tax Map Num. [if different than PIN] [10200-00-00-035C0, 10200-00-00-03500
Short Property Description [9.904 acres
[Albemarle County, VA

| Current Property Address (Address 1) | [355 Albemarle House Drive |
|---|---|
| (Address 2) | [ |
| (City, State, Zip) | [Charlottesville ] [VA ] [22902 |

| Instrument Prepared by | [LeClairRyan |
|---|---|
| Recording Paid for by | [LeClairRyan |
| Return Recording to (Name) | [LeClairRyan |
| (Address 1) | [123 East Main Street, 8th Floor |
| (Address 2) | [ |
| (City, State, Zip) | [Charlottesville ] [VA ] [22902 |
| Customer Case ID | [27164.0001 ] [ ] [ ] |

Cover Sheet Page # 1 of 2

**EXHIBIT**

tabbies

_16_

Instrument Control Number

[                    ]

001983

**Commonwealth of Virginia**
**Land Record Instruments**
**Continuation Cover Sheet**
**Form B**
[ILS VLR Cover Sheet Agent 1.0.66]

| T A X   E X E M P T | G R A N T O R | G R A N T E E | C O R P | | | | |
|---|---|---|---|---|---|---|---|

Date of Instrument:     [1/27/2011    ]
Instrument Type:.       [MEML        ]

Number of Parcels      [    1]
Number of Pages        [   10]
City [ ] County [x]    [Albemarle County              ]

(Box for Deed Stamp Only)

**Grantors/Grantees/Parcel Continuation Form B**

| | | | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|---|---|
| ☐ | x | ☐ | [Kluge          ] | [Patricia M.       ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |
| ☐ | ☐ | ☐ | [               ] | [                  ] | [          ] | [       ] |

Prior Instr. Recorded at: City ☐ County ☐  [                    ] Percent. in this Juris.   [      ]
Book    [        ]              Page        [          ]      Instr. No   [          ]
Parcel Identification No (PIN)             [                                          ]
Tax Map Num.    (if different than PIN)    [                                          ]
Short Property Description                 [                                          ]
                                           [                                          ]
Current Property Address (Address 1)    [                                          ]
                         (Address 2)    [                                          ]
                         (City, State, Zip) [                  ][    ][          ]

[barcode]

Cover Sheet Page # 2 of 2

Prepared by and, after recording,
 to be returned to:

Jason D. Greenblatt
725 Fifth Avenue, 26th Floor
New York, New York 10022

STUART SUBOTNICK, TRUSTEE, OF THE JOHN W. KLUGE JR. TRUST

as Seller

to

VIRGINIA ACQUISITIONS LLC

as Purchaser

## MEMORANDUM OF
## ASSIGNMENT OF RIGHT OF FIRST REFUSAL

This instrument affects real and personal property situated in the
County of Albemarle, State of Virginia

| | |
|---|---|
| Location: | 355 Albemarle House Drive<br>Charlottesville, Virginia |
| Tax Map Designation: | 10200-00-00-035C0<br>10200-00-00-03500 |

## MEMORANDUM OF
## ASSIGNMENT OF RIGHT OF FIRST REFUSAL

This Memorandum of Assignment of Right of First Refusal ("Memorandum"), is entered into as of the 27TH day of January, 2011, by and between STUART SUBOTNICK, TRUSTEE OF THE JOHN W. KLUGE, JR. TRUST, under agreement dated August 28, 2000, having an address at c/o Metromedia Company, 810 7th Avenue, New York, New York 10019 ("Seller") and VIRGINIA ACQUISITIONS LLC, a Delaware limited liability company, having an address at 725 Fifth Avenue, New York, New York 10022 ("Purchaser"),

1. _Assignment of Right of First Refusal_. Pursuant to that certain Assignment of Right of First Refusal (the "Assignment") from Seller to Purchaser dated the date hereof, Seller has assigned to Purchaser all of Seller's right, title and interest in, to and under that certain right of first refusal (the "ROFR") created under that certain Quitclaim Deed by and between JWK Properties, Inc. and Patricia M. Kluge dated as of June 13th, 1990; Recorded in the Clerk's Office of the Circuit Court of the County of Albemarle County, Virginia in Deed Book 1105, Pages 0185-0191 (the "ROFR Agreement") and held by Seller, as current owner certain real property more particularly described on Schedule "A" attached hereto and made a part hereof, said property being the Burdened Property (as defined in the ROFR Agreement), to purchase an approximately 9.904 acre portion, as more particularly described in Schedule "B" attached hereto and made a part hereof (the "ROFR Property"), of that certain real property designated as Lot [10200-00-00-03500] on the Tax Map of Albemarle County, Virginia, and as more particularly described on Schedule "C" annexed hereto. In connection therewith, Seller has appointed Purchaser as its true and lawful agent and attorney-in-fact for the limited purposes exercising rights under the ROFR Agreement. The provisions of the Assignment are incorporated herein by this reference.

2. _Purpose_. This Memorandum is prepared for the purpose of recordation only, and it in no way alters modifies, expands, diminishes or supplements the provisions of the Assignment. In the event any provision of this Memorandum is inconsistent with any term or condition of the Assignment, the terms or conditions of the Assignment shall prevail.

3. _Counterparts_. This Memorandum may be executed in any number of counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, taken together, shall be deemed to be one and the same instrument.

4. _Binding Effect_. Seller and Purchaser acknowledge and agree that the provisions of the Assignment shall be appurtenant with and run with the Property, and shall burden the Property during the term of the Assignment.

5. _Successors_. The covenants, conditions and agreements made and entered into by the parties hereto shall be binding upon and inure to the benefits of their respective heirs, administrators, executors, representatives, successors and assigns.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.
SIGNATURES CONTAINED ON NEXT PAGE.]

IN WITNESS WHEREOF, Seller and Purchaser have executed this Memorandum on the day and year first above written.

"SELLER"

STUART SUBOTNICK, TRUSTEE, JOHN W. KLUGE JR. TRUST, under agreement dated August 28, 2000

"PURCHASER"

VIRGINIA ACQUISITIONS LLC, a Delaware limited liability company

By: _____

PATRICIA M. KLUGE, as owner of the ROFR Property, hereby acknowledges the assignment of the ROFR to Purchaser

_____
PATRICIA M. KLUGE

Exhibit D-3

IN WITNESS WHEREOF, Seller and Purchaser have executed this Memorandum on the day and year first above written.

"SELLER"

STUART SUBOTNICK, TRUSTEE, JOHN W. KLUGE JR. TRUST, under agreement dated August 28, 2000

_____

"PURCHASER"

VIRGINIA ACQUISITIONS LLC, a Delaware limited liability company

By: _____

PATRICIA M. KLUGE, as owner of the ROFR Property, hereby acknowledges the assignment of the ROFR to Purchaser

_____
PATRICIA M. KLUGE

Exhibit D-3

STATE OF FLORIDA
~~COMMONWEALTH OF VIRGINIA~~ )
                           SS.:

COUNTY OF _PALM BEACH_ )

The foregoing instrument was sworn to and acknowledged before me this _3_ day of ~~January~~, February
2011, by STUART SUBOTNICK, the TRUSTEE and duly authorized representative of THE
JOHN W. KLUGE, JR., TRUST under agreement dated August 28, 2000.

PAUL RAMPELL
MY COMMISSION # DD944289
EXPIRES January 28, 2014
(407) 384-4163    FloridaNotaryService.com

_____
Notary Public


STATE OF NEW YORK )
                          SS.:
COUNTY OF NEW YORK )

The foregoing instrument was sworn to and acknowledged before me this _____ day of January,
2011, by _____, the _____ and duly
authorized representative of VIRGINIA ACQUISITIONS LLC, a Delaware limited liability
company

_____
Notary Public


COMMONWEALTH OF VIRGINIA )
                          SS.:
COUNTY OF _____ )

The foregoing instrument was sworn to and acknowledged before me this _____ day of January,
2011, by PATRICIA M. KLUGE

_____
Notary Public


Exhibit D-4

COMMONWEALTH OF VIRGINIA   )
                                        SS.:
COUNTY OF _____ )

The foregoing instrument was sworn to and acknowledged before me this _____ day of January, 2011, by STUART SUBOTNICK, the TRUSTEE and duly authorized representative of THE JOHN W. KLUGE, JR., TRUST under agreement dated August 28, 2000.

_____
Notary Public

STATE OF NEW YORK     )
                             SS.:
COUNTY OF NEW YORK  )

The foregoing instrument was sworn to and acknowledged before me this _27_ day of January, 2011, by _DONALD J. TRUMP_, the _PRESIDENT_ and duly authorized representative of VIRGINIA ACQUISITIONS LLC, a Delaware limited liability company

LINDA BOHDAN
Notary Public, State of New York
No. 01BO4603546
Qualified in Queens County
Commission Expires Aug. 24, 20_13_

_Linda Bohdan_
Notary Public

STATE OF NEW YORK     )
                             SS.:
COUNTY OF NEW YORK  )

The foregoing instrument was sworn to and acknowledged before me this 29TH day of January, 2011, by PATRICIA M. KLUGE

JOHN F CELLER
Notary Public - State of New York
NO. 01CE6220407
Qualified in New York County
My Commission Expires 04/12/14

_John Celleri_
Notary Public

Exhibit D-4

## Schedule "A"

### [Description of the Property]

Parcel 1:

All that certain tract or parcel of land, together with all improvements thereon and appurtenances thereto pertaining, located in the Scottsville Magisterial District of the County of Albemarle, Virginia, containing 218.69 acres, more or less, more particularly shown and described on plat of Gloeckner Engineering-Surveying Inc , titled "Plat Showing Survey of Golf Course Tract Being a Portion of T.M. 102 Parcel 35A & T.M. 103 Parcel 1B, Morven Farms, Albemarle County, Virginia", dated September 19, 2000, a copy of which is recorded in Deed Book 1957, at page 700.

BEING the same real estate conveyed to Patricia M. Kluge, Trustee of the John W. Kluge, Jr. Trust under agreement dated August 28, 2000, by deed from John W. Kluge, dated August 31, 2000, recorded September 29, 2000, in the Clerk's Office, Circuit Court, Albemarle County, Virginia, in Deed Book 1957, page 704.

Parcel 2:

All that certain tract or parcel of land situated in the Scottsville Magisterial District of Albemarle County, Virginia, containing 10.82 acres, more or less, designated as Parcel 1-H on Albemarle County Tax Map 103, and particularly described on plat of William S. Roudabush, Inc., dated May 14, 1982, titled "Physical Survey Parcels 1D & 1H, Tax Map 103, Located Just Off Ste. Rte. 627, Near Overton, Scottsville Magisterial District, Albemarle County, Virginia", a copy of which is recorded in Deed Book 824, at page 72.

BEING the same real estate conveyed to Patricia M. Kluge, Trustee of the John W. Kluge, Jr. Trust under agreement dated August 28, 2000, by deed from JWK Properties, Inc., dated March 14, 2001, recorded April 16, 2001, in the Clerk's Office, Circuit Court, Albemarle County, Virginia, in Deed Book 2012, page 86.

Schedule "B"

Description of the ROFR Property

That certain tract or parcel of land, with the improvement thereon and appurtenances thereto belonging, situated in the Scottsville Magisterial District in Albemarle County, containing 9.904 acres, more or less, as shown on sheet 2 of a plat of Gloeckner & Osbourne, Inc., composed of two sheets, dated April 18, 1990 (the "Plat") and attach to and made a part of that certain Quitclaim Deed dated June 13, 1990 by and between JWK Properties, Inc. and Patricia M. Kluge, feme sole and recorded in the Clerk's Office of the Circuit Court of Albemarle Count in Deed Book 1105, page 185, a copy of which is attached hereto as Exhibit 1, being a part of the property conveyed to JWK Properties, Inc. by Deed of John W. Kluge, et al. dated December 10, 1984 , pf record in the Clerk's Office of the Circuit Court of Albemarle Count in Deed Book 824, page 63.

RCI110.5FEO190

Exhibit 1

SCALE IN FEET

ECKNER & OSBORNE, INC.
700 EAST HIGH STREET
CHARLOTTESVILLE, VIRGINIA 22901

PARCEL A

HOUSE TRACT BOUNDARY
8.904 ACRES

OLD HOUSE TRACT BOUNDARY
±1.506 ACRES
TAX MAP 102 PARCEL 35
D.B. 824 P. 53
D.B. 723 P. 151
D.B. 722 P. 27
D.B. 566 P. 453

IRON SET

PLAT SHOWING
BOUNDARY SURVEY OF
ORIGINAL HOUSE & LAND ADDED
BEING PORTIONS OF
TAX MAP 102 PARCELS 35A & 35
ALBEMARLE FARM
ALBEMARLE COUNTY,
VIRGINIA
APRIL 18, 1990
SHEET 2 OF 2

## Schedule C

### Description of House Parcel

All of that certain lot or parcel of land (the "Property") located in Albemarle County, Virginia more particularly depicted as Parcel containing 9.904 acres, more or less (comprising the original Tax Map 102-35), Parcel G, containing 78.99 acres, more or less, Parcel F, containing 2.15 acres more or less, and Parcel E, containing 6.94 acres, more or less, all parcels being a portion of NEW T.M. 102-35 depicted on plat entitled "Plat Showing Redivision of Tax Map 102 Parcel 35A Tax Map 103 Parcel 1B and Tax Map 103 Parcel 1B Albemarle Farms Scottsville Magisterial District Albemarle County, Virginia" prepared by Gloeckner Engineering/Surveying Inc., dated May 16, 2005, recorded with a Declaration of Private Road Maintenance Agreement recorded as corrected in Deed Book 3117 at pages 157-175 (the "Plat").

This property is now described as follows:

All that certain tract or parcel of land, with improvements thereon and appurtenances thereto, situated in Albemarle County, Virginia, on the northwest side of State Route 627, containing 97.98 acres, more or less, shown as "New T.M. 102-35 of Albemarle Farms" on a plat of Gloeckner Engineering/Surveying Inc., dated May 06, 2005, last revised November 10, 2005 and recorded in the Office of the Clerk of the Circuit Court of Albemarle County, Virginia, on December 05, 2005 in Deed Book 3117 at Page 171.

*Street Address: 355 Albemarle House Drive, Charlottesville, Virginia 22902*

RECORDED IN CLERKS OFFICE OF
ALBEMARLE COUNTY ON
February 15,2011 AT 9:11:03 AM
$0.00 GRANTOR TAX PD
AS REQUIRED BY VA CODE §58.1-802
STATE: $0.00 LOCAL: $0.00
ALBEMARLE COUNTY, VA
DEBRA M. SHIPP CLERK