IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
(Charlottesville Division)

| | |
|---|---|
| QUALITY PROPERTIES ASSET MANAGEMENT COMPANY,<br><br>Plaintiff,<br>v.<br><br>TRUMP VIRGINIA ACQUISITIONS LLC and TRUMP VINEYARD ESTATES LLC,<br><br>Defendants. | Case No. 3:11-CV-00053<br><br>Judge Norman K. Moon<br><br>Magistrate Judge B. Waugh Crigler |
| TRUMP VIRGINIA ACQUISITIONS LLC and TRUMP VINEYARD ESTATES LLC,<br><br>Counter-plaintiffs,<br>v.<br><br>QUALITY PROPERTIES ASSET MANAGEMENT COMPANY, BANK OF AMERICA, N.A. and BEALE, DAVIDSON, ETHERINGTON & MORRIS, P.C.,<br><br>Counter-defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the telephonic hearing previously scheduled for March 9, 2012, at 9:30 a.m. before the Honorable B. Waugh Crigler, Defendants/Counter-Plaintiffs shall present their Motion To Stay Discovery Herein Pending The Court's Ruling On The Parties' Cross-Motions For Judgment On The Pleadings, which is filed contemporaneously herewith.

                                                        TRUMP VIRGINIA ACQUISITIONS LLC
                                                        and TRUMP VINEYARD ESTATES LLC

                                                        By:_____/s/ Stephen Novack_____
                                                                    One of Their Attorneys

Stephen Novack
John F. Shonkwiler
John Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
Doc# 489779

Rhonda Quagliana, Esq.
James M. Bowling IV, Esq.
ST. JOHN, BOWLING,
  LAWRENCE & QUAGLIANA, LLP
416 Park Street
Charlottesville, VA 22902
(434) 296-7138

## CERTIFICATE OF SERVICE

Stephen Novack, an attorney, certifies that he caused copies of the foregoing to be served by electronically filing the document with the Clerk of Court using the ECF system this 7th day of March 2012.

/s/ Stephen Novack