**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF VIRGINIA**
**(Charlottesville Division)**

| | | |
|---|---|---|
| QUALITY PROPERTIES ASSET<br>MANAGEMENT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:11-CV-00053 |
| | ) | |
| TRUMP VIRGINIA ACQUISITIONS LLC<br>and TRUMP VINEYARD ESTATES LLC, | ) | Judge Norman K. Moon |
| | ) | |
| | ) | Magistrate Judge B. Waugh Crigler |
| Defendants. | ) | |
| | ) | |
| | ) | |
| TRUMP VIRGINIA ACQUISITIONS LLC<br>and TRUMP VINEYARD ESTATES LLC, | ) | |
| | ) | |
| Counter-plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| QUALITY PROPERTIES ASSET<br>MANAGEMENT COMPANY, BANK OF<br>AMERICA, N.A. and BEALE, DAVIDSON,<br>ETHERINGTON & MORRIS, P.C., | ) | |
| | ) | |
| Counter-defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants and Counter-plaintiffs Trump Virginia Acquisitions LLC and Trump Vineyard Estates LLC hereby appeal to the United States Court of Appeals for the Fourth Circuit from:  (a) the Order entered in this action by District Judge Norman K. Moon on August 16, 2012 granting the motions for judgment on the pleadings filed by Plaintiff and Counter-defendants, denying the cross-motions for judgment on the pleadings filed by Defendants and Counter-plaintiffs, and declaring that there no longer exists a right of first refusal as to the "Main House Tract"; and (b) the Memorandum Opinion of the same date.

Respectfully submitted,

TRUMP VIRGINIA ACQUISITIONS LLC
and TRUMP VINEYARD ESTATES LLC


By:          /s/ Stephen Novack
            One of Their Attorneys

James M. Bowling IV (VSB# 14232)
Rhonda Quagliana, Esq. (VSB# 39522)
ST. JOHN, BOWLING, LAWRENCE
   & QUAGLIANA, LLP
416 Park Street
Charlottesville, VA 22902
(434) 296-7138

Stephen Novack
John F. Shonkwiler
John Haarlow, Jr.
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
#524030

## CERTIFICATE OF SERVICE

Stephen Novack, an attorney, certifies that he caused copies of the foregoing to be served by electronically filing the document with the Clerk of Court using the ECF system this 16th day of August 2012.


                                          /s/ Stephen Novack