FILED: September 27, 2012

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 12-2020
(3:11-cv-00053-NKM-BWC)

_____

QUALITY PROPERTIES ASSET MANAGEMENT COMPANY

    Plaintiff - Appellee

v.

TRUMP VIRGINIA ACQUISITIONS, LLC; TRUMP VINEYARD ESTATES, LLC

    Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk